FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV 12  A 10: 21

US DISTRICT COURT
BRIDGEPORT CT

|  |  |
|---|---|
| LEONARD BRANDT ) | |
| Plaintiff, ) | Civil Action No. 3:01CV1889 (SRU) |
| ) | |
| v. ) | |
| ) | |
| MIT DEVELOPMENT CORP., HOME ) | |
| DIAGNOSTICS, INC, GEORGE H. ) | |
| HOLLEY, AND JUDY CHENG SALEM, ) | |
| EXECUTRIX OF THE ESTATE OF ) | |
| ROBERT J. SALEM ) | November 12, 2003 |
| Defendants. ) | |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Pursuant to Local Civil Rule 16(b), plaintiff Leonard Brandt, through his counsel, respectfully moves to amend the Scheduling Order in the above-captioned case as follows:

(1)  Completion of discovery other than discovery relating to experts – February 15, 2004
(2)  Plaintiff's designation of experts and production of expert reports – March 15, 2004
(3)  Depositions of plaintiff's experts – April 15, 2004
(4)  Defendants' designation of experts and production of expert reports – May 15, 2004
(5)  Depositions of defendants' experts – June 15, 2004
(6)  Serve and file dispositive motions – July 1, 2004
(7)  Serve and file responses to dispositive motions – August 1, 2004
(8)  Serve and file reply briefs to dispositive motions – August 15, 2004
(9)  File joint trial memorandum – September 1, 2004

(10) Trial ready date – September 15, 2004

Good cause exists for this extension. On July 31, 2003, the parties held a Scheduling Conference with the Court at which the Court asked the parties to work out a litigation schedule that would allow for the completion of fact discovery while retaining the possibility of future mediation. The parties did so, but numerous scheduling conflicts since then have made it impossible for the parties to complete fact discovery by the date specified in the initial litigation schedule approved by the Court. Party depositions are currently scheduled for the first week of December. An extension of time is therefore necessary to complete these depositions, as well as to allow for any additional fact discovery and the possibility of further mediation, as requested by the Court.

This is the fifth request to extend the deadlines under the Scheduling Order. Counsel for defendants consent to this motion.

PLAINTIFF
LEONARD BRANDT

By: _____
W. Bruce DelMonico (ct 18896)
WIGGIN & DANA LLP
One Century Tower
New Haven, CT 06508-1832
Telephone: (203) 498-4400
Fax: (203) 782-2889
His Attorneys

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, on this 12th day of November, 2003, to:

Paul M. Brown
Satterlee, Stephens, Burke & Burke
230 Park Ave.
New York, NY  10169

Richard A. Roberts
Nuzzo & Roberts
One Town Center
P.O. Box 747
Cheshire, CT  06410

_____
W. Bruce DelMonico

\16273\1\432380.1