01cv1889 mamd

84

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV 12  A 10: 21

US DISTRICT COURT
BRIDGEPORT CT

LEONARD BRANDT
    Plaintiff,

v.

MIT DEVELOPMENT CORP., HOME
DIAGNOSTICS, INC, GEORGE H.
HOLLEY, AND JUDY CHENG SALEM,
EXECUTRIX OF THE ESTATE OF
ROBERT J. SALEM
    Defendants.

Civil Action No. 3:01CV1889 (SRU)

November 12, 2003

### UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Pursuant to Local Civil Rule 16(b), plaintiff Leonard Brandt, through his counsel, respectfully moves to amend the Scheduling Order in the above-captioned case as follows:

(1) Completion of discovery other than discovery relating to experts – February 15, 2004
(2) Plaintiff's designation of experts and production of expert reports – March 15, 2004
(3) Depositions of plaintiff's experts – April 15, 2004
(4) Defendants' designation of experts and production of expert reports – May 15, 2004
(5) Depositions of defendants' experts – June 15, 2004
(6) Serve and file dispositive motions – July 1, 2004
(7) Serve and file responses to dispositive motions – August 1, 2004
(8) Serve and file reply briefs to dispositive motions – August 15, 2004
(9) File joint trial memorandum – September 1, 2004

Motion Granted.
Discovery cutoff date June 15, 2004
Dispositive Motions Due by July 1, 2004.
SO ORDERED:
11/18/03
Stefan R. Underhill, U.S.D.J.