FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2004 FEB 13 P 2: 58

US DISTRICT...

|  |  |
|---|---|
| LEONARD BRANDT<br>Plaintiff,<br><br>v.<br><br>MIT DEVELOPMENT CORP., HOME<br>DIAGNOSTICS, INC, GEORGE H.<br>HOLLEY, AND JUDY CHENG SALEM,<br>EXECUTRIX OF THE ESTATE OF<br>ROBERT J. SALEM<br>Defendants. | Civil Action No. 3:01CV1889 (SRU)<br><br><br><br><br><br>February 13, 2003 |

### UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Pursuant to Local Civil Rule 16(b), plaintiff Leonard Brandt, through his counsel, respectfully moves to amend the Scheduling Order in the above-captioned case as follows:

(1) Completion of discovery other than discovery relating to experts – May 15, 2004
(2) Plaintiff's designation of experts and production of expert reports – June 15, 2004
(3) Depositions of plaintiff's experts – July 15, 2004
(4) Defendants' designation of experts and production of expert reports – August 15, 2004
(5) Depositions of defendants' experts – September 15, 2004
(6) Serve and file dispositive motions – October 1, 2004
(7) Serve and file responses to dispositive motions – November 1, 2004
(8) Serve and file reply briefs to dispositive motions – November 15, 2004
(9) File joint trial memorandum – December 1, 2004
(10) Trial ready date – December 15, 2004

*[Handwritten margin note: Granted. No further extensions at time are likely to be granted. So ordered. Signed [illegible] 2/22/04]*