```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

           Telephone Status Conference Calendar

            Stefan R. Underhill, U. S. D. J.
                 915 Lafayette Boulevard
                       Bridgeport


                      April 14, 2004

                        1:00 p.m.
```

CASE NO. **3:01cv1889**    **Brandt v MIT Dev Corp**

Paul M. Brown
Satterlee, Stephens, Burke & Burke
230 Park Ave.
New York, NY 10169

Edward Wood Dunham
William Bruce DelMonico
Wiggin & Dana
One Century Tower
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832

Richard G. Mark
Julie H. Firestone
Briggs & Morgan
2400 Ids Center
Minneapolis, MN 55402

Richard A. Roberts
Frederick L. Murolo
Nuzzo & Roberts
One Town Center, PO Box 747
Cheshire, CT 06410

S. Steven Prince
Dorsey &  Whitney
50 S 6th St.
Minneapolis, MN 55402-1498

                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK