## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONARD BRANDT<br>        Plaintiff, | )<br>)<br>)<br>) | Civil Action No. 3:01CV1889 (SRU) |
| v. | )<br>) | |
| MIT DEVELOPMENT CORP., HOME<br>DIAGNOSTICS, INC, GEORGE H.<br>HOLLEY, AND JUDY CHENG SALEM,<br>EXECUTRIX OF THE ESTATE OF<br>ROBERT J. SALEM<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | June 15, 2004 |

## MOTION TO AMEND SCHEDULING ORDER

Pursuant to Local Civil Rule 16(b), plaintiff Leonard Brandt, through his counsel, respectfully moves to amend the Scheduling Order in the above-captioned case as follows:

(1)    Completion of discovery other than discovery relating to experts – June 29, 2004

All other deadlines are to remain the same. This motion is being filed to memorialize the Court's June 9, 2004 Order, made during a conference call with the parties, extending the June 15 fact discovery deadline by two weeks. The parties will use this additional time to complete depositions that the plaintiff had originally noticed and scheduled to take by the 15th.

This is the seventh request to extend the deadlines under the Scheduling Order.

PLAINTIFF
LEONARD BRANDT

By: _____
      W. Bruce DelMonico (ct 18896)
      WIGGIN & DANA LLP
      One Century Tower
      New Haven, CT  06508-1832
      Telephone: (203) 498-4400
      Fax: (203) 782-2889
      His Attorneys

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, on this 15th day of June, 2004, to:

> Paul M. Brown
> Satterlee, Stephens, Burke & Burke
> 230 Park Ave.
> New York, NY  10169
>
> Richard A. Roberts
> Nuzzo & Roberts
> One Town Center
> P.O. Box 747
> Cheshire, CT  06410

W. Bruce DelMonico

\16273\1\472478.1

-3-