UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 JUN 10 P 1: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| LEONARD BRANDT,<br>    Plaintiff,<br><br>v.<br><br>HOME DIAGNOSTICS, INC,<br>GEORGE H. HOLLEY, and<br>JUDY CHENG SALEM, EXECUTRIX<br>OF THE ESTATE OF ROBERT J. SALEM,<br><br>    Defendants. | )<br>)<br>)<br>)  Civil Action No.<br>)  3:01 CV 1889 (SRU)<br>)<br>)<br>)<br>)<br>)<br>)  June 10, 2004 |

## MOTION TO COMPEL

For the reasons stated in the June 9, 2004 telephone conference with the Court, plaintiff Leonard Brandt hereby moves for an order compelling defendants to produce, forthwith, copies of:

1. The fairness opinion issued by Pinnacle Partners in connection with the acquisition of MIT Development, Inc. by Home Diagnostics, Inc. ("HDI").

2. The consulting agreement, dated on or about November 12, 1999, between HDI and George Holley.

3. The employment agreement, dated on or about November 12, 1999, between HDI and Robert Salem.

LEONARD BRANDT, PLAINTIFF

By: _____
Edward Wood Dunham (ct 05429)
Wiggin and Dana LLP
One Century Tower
New Haven, CT 06508-1832
His Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 10th day of June, 2004 a copy of the foregoing was sent via facsimile and first class mail, postage prepaid, to the following:

Paul M. Brown
Satterlee, Stephens, Burke & Burke
230 Park Ave.
New York, NY 10169

Richard A. Roberts
Nuzzo & Roberts
One Town Center
P.O. Box 747
Cheshire, CT 06410


_____
Edward Wood Dunham

\16273\1\471538.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONARD BRANDT,<br>    Plaintiff,<br><br>v.<br><br>HOME DIAGNOSTICS, INC,<br>GEORGE H. HOLLEY, and<br>JUDY CHENG SALEM, EXECUTRIX<br>OF THE ESTATE OF ROBERT J. SALEM,<br><br>    Defendants. | )<br>)<br>)<br>)  Civil Action No.<br>)  3:01 CV 1889 (SRU)<br>)<br>)<br>)<br>)<br>)<br>)  June 10, 2004 |

**ORDER**

The Court hereby orders defendants to produce to plaintiff, forthwith, copies of:

1.  The fairness opinion issued by Pinnacle Partners in connection with the acquisition of MIT Development, Inc. by Home Diagnostics, Inc. ("HDI").

2.  The consulting agreement, dated on or about November 12, 1999, between HDI and George Holley.

3.  The employment agreement, dated on or about November 12, 1999, between HDI and Robert Salem.

Plaintiff shall treat each of these documents in accordance with the protective order previously entered in this case.

_____
Judge Stefan R. Underhill

\16273\1\471538.1