FILED

2004 JUN 29  A 11: 35

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEONARD BRANDT
    Plaintiff,

v.

MIT DEVELOPMENT CORP., HOME
DIAGNOSTICS, INC, GEORGE H.
HOLLEY, AND JUDY CHENG SALEM,
EXECUTRIX OF THE ESTATE OF
ROBERT J. SALEM
    Defendants.

Civil Action No. 3:01CV1889 (SRU)

June 29, 2004

## MOTION TO AMEND SCHEDULING ORDER

Pursuant to Local Civil Rule 16(b), plaintiff Leonard Brandt, through his counsel, respectfully moves to amend the Scheduling Order in the above-captioned case to extend the deadline for the completion of fact discovery to July 15, 2004. Plaintiff seeks this extension for the limited purpose of taking the depositions of Donald P. Parson, a current director of defendant Home Diagnostics, Inc. ("HDI"), and Jim Julian, an HDI investor. The parties will not conduct any other fact discovery during this period, and plaintiff does not seek to amend any other deadlines in the case.

Plaintiff originally noticed Mr. Parson's deposition for June 11, 2004. That deposition did not go forward, however, because opposing counsel was unable to reach

Mr. Parson, who was apparently traveling at the time. After the discovery period was extended to June 29, plaintiff sought to re-schedule Mr. Parson's deposition, and contacted opposing counsel for the purpose of doing so. When opposing counsel informed plaintiff that it would not "facilitate" the scheduling of Mr. Parson's deposition and that Mr. Parson required a subpoena to appear (which opposing counsel refused to accept on Mr. Parson's behalf), plaintiff noticed the deposition for June 28, 2004 and informed opposing counsel that a notice of deposition was sufficient to compel the appearance of a company director such as Mr. Parson. *See, e.g.*, Wright, Miller & Marcus, Federal Practice and Procedure: Civil 2d § 2107 (1994) ("Though the rules do not say so expressly, a subpoena is not necessary if the person to be examined is a party or an officer, director, or managing agent of a party.") Opposing counsel has since made attempts to reach Mr. Parson, but informed plaintiff that it was unable to do so in advance of the June 28 deposition date. Plaintiff therefore seeks additional time to schedule and take Mr. Parson's deposition. Opposing counsel has represented that it will make Mr. Parson available for his deposition within the additional time sought.

Plaintiff seeks Mr. Parson's testimony in part because he was, on information and belief, the only outside director of HDI at the time it acquired defendant MIT Development Corporation ("MIT"), and therefore has relevant information about this transaction, which is at the heart of plaintiff's damage claim, as well as about related transactions between HDI and defendant George Holley and the late Robert Salem, whose estate is also a defendant in this action.

Plaintiff originally subpoenaed Mr. Julian's deposition for June 15, 2004. The day before the deposition was to take place, however, Mr. Julian informed plaintiff that he had a last-minute business trip and therefore would be unavailable to sit for his deposition. Plaintiff was therefore forced to postpone the deposition, and worked with Mr. Julian to re-schedule his deposition for June 28, 2004. Mr. Julian failed to appear for the June 28 deposition as well, however. Plaintiff therefore seeks additional time to schedule and take Mr. Julian's deposition. Plaintiff seeks Mr. Julian's testimony because he was an investor in HDI who worked with plaintiff in determining whether to invest in the company and can speak to certain aspects of plaintiff's involvement with the company.

This is the eighth request to extend the deadlines under the Scheduling Order. Counsel for defendants consent to this motion.

PLAINTIFF
LEONARD BRANDT

By: _____
W. Bruce DelMonico (ct 18896)
WIGGIN & DANA LLP
One Century Tower
New Haven, CT 06508-1832
Telephone: (203) 498-4400
Fax: (203) 782-2889
His Attorneys

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, on this 29th day of June, 2004, to:

> Paul M. Brown
> Satterlee, Stephens, Burke & Burke
> 230 Park Ave.
> New York, NY  10169
>
> Richard A. Roberts
> Nuzzo & Roberts
> One Town Center
> P.O. Box 747
> Cheshire, CT  06410

_____
W. Bruce DelMonico

\16273\1\475019.1