UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
LEONARD BRANDT,                     :
                                    :
    Plaintiff,                     :
                                    :
    - against -                    :
                                    :
HOME DIAGNOSTICS, INC., GEORGE H.   :   Civil Action No. 3:01-CV1889 (SRU)
HOLLEY, AND JUDY CHENG SALEM,       :
EXECUTRIX OF THE ESTATE OF ROBERT J.:
SALEM,                              :
                                    :
    Defendants.                     :
------------------------------------x

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff hereby withdraws his Motion to Amend Scheduling Order filed yesterday, and in its place plaintiff and defendants Home Diagnostics, Inc. ("HDI"), MIT Development Corp. ("MIT"), and George H. Holley ("Holley") respectfully submit this joint motion, which includes, at the request of defendants HDI, MIT, and Holley, an extension of additional deadlines in the current scheduling order. Pursuant to Local Civil Rule 16(b), plaintiff and defendants HDI, MIT, and Holley, through their respective counsel, respectfully move to amend the Scheduling Order in the above-captioned case as follows:

    1.    Completion of the previously noticed deposition of Jim Julian – July 15, 2004.

    2.    Completion of the previously noticed deposition of Donald P. Parson – July 30, 2004.

    3.    Completion of discovery related to plaintiff's experts – September 1, 2004.

    4.    Defendants' designation of experts and production of expert reports – October 1, 2004.

    5.    Completion of discovery related to defendants' experts – November 1, 2004.

566397_1

6.  Serve and file dispositive motions – November 15, 2004.

7.  Serve and file responses to dispositive motions – December 15, 2004

8.  Serve and file reply briefs to dispositive motions – January 1, 2005

9.  In the event that neither party files a dispositive motion, the deadline for filing the joint trial memorandum shall be December 15, 2004 and the case shall be trial ready January 14, 2005.

As noted above, plaintiff has previously attempted to take the depositions of Messrs. Parson and Julian, but without success. As to Mr. Parson, plaintiff originally noticed his deposition for June 11, 2004, and re-noticed the deposition for June 28, 2004, but neither deposition was able to go forward because of Mr. Parson's unavailability. Counsel for defendants HDI and Holley have represented that Mr. Parson will be available for his deposition between now and July 30. Similarly, as to Mr. Julian, plaintiff originally subpoenaed his deposition for June 15, 2004, but he became unavailable at the last minute. Plaintiff was therefore forced to postpone the deposition, and worked with Mr. Julian to re-schedule his deposition for June 28, 2004. Mr. Julian failed to appear for the June 28 deposition, however. Mr. Julian has represented to plaintiff that he will be available to sit for his deposition between now and July 15. Plaintiff therefore seeks additional time to schedule and take these two depositions. The parties will not conduct any additional fact discovery other than to take the depositions of Messrs. Parson and Julian.

Defendants HDI, MIT, and Holley seek additional time for expert discovery, and by necessity, the subsequent deadlines in the current scheduling order, for primarily two reasons: (1) plaintiff has taken numerous depositions over the past month and, as indicated above, intends to take two more depositions, and therefore defendants have not yet had adequate time to focus

their efforts on discovery pertaining to plaintiff's experts or on its own designation of experts; and (2) plaintiff has identified and produced the reports of three witnesses and therefore defendants will need additional time to depose and seek other discovery of multiple experts.

This is plaintiff's eighth request to extend the deadlines under the Scheduling Order and it is defendants' first such request. Movants were unable to reach counsel for defendant Judy Cheng Salem, executrix for the Estate of Robert J. Salem, to determine whether he consents to this motion.

Dated: June 29, 2004

PLAINTIFF LEONARD BRANDT

By: _____
      W. Bruce DelMonico (ct 18896)
WIGGIN & DANA LLP
One Century Tower
New Haven, CT 06508-1832
Telephone: (203) 498-4400
Fax: (203) 782-2889
His Attorneys

DEFENDANTS HOME DIAGNOSTICS, INC., MIT DEVELOPMENT CORP., AND GEORGE H. HOLLEY

By: _____ with express authority
      Paul M. Brown (ct 23232)

SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 818-9200
Fax: (212) 818-9606
Their Attorneys

566397_1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, on this 29th day of June, 2004, to:

        Richard A. Roberts
        Nuzzo & Roberts
        One Town Center
        P.O. Box 747
        Cheshire, CT  06410

        */s/ W. Bruce DelMonico*
        W. Bruce DelMonico

566397_1