UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONARD BRANDT<br>Plaintiff,<br><br>v.<br><br>MIT DEVELOPMENT CORP., HOME DIAGNOSTICS, INC, GEORGE H. HOLLEY, AND JUDY CHENG SALEM, EXECUTRIX OF THE ESTATE OF ROBERT J. SALEM<br>Defendants. | Civil Action No. 3:01CV1889 (SRU)<br><br><br>July 14, 2004 |

## MOTION TO AMEND SCHEDULING ORDER

Pursuant to Local Civil Rule 16(b), plaintiff Leonard Brandt, through his counsel, respectfully moves to amend the Scheduling Order in the above-captioned case as follows:

1. Completion of the previously noticed deposition of Jim Julian – July 30, 2004.

Plaintiff seeks this extension for the limited purpose of taking the deposition of Jim Julian, an HDI investor. Plaintiff does not seek to amend any other deadlines in the case.

Plaintiff originally subpoenaed Mr. Julian's deposition for June 15, 2004, but he became unavailable at the last minute. Plaintiff was therefore forced to postpone the deposition, and worked with Mr. Julian to re-schedule his deposition for June 28, 2004. Mr. Julian failed to appear for the June 28 deposition, however. Mr. Julian represented to plaintiff that he would be available to sit for his deposition before July 15, however, and plaintiff sought – and received – an extension of the discovery period until July 15 based on that representation. Plaintiff received

a commitment from Mr. Julian to sit for the deposition on July 14, but the day before the deposition, Mr. Julian again cancelled because of a business conflict. Plaintiff therefore seeks additional time to schedule and take Mr. Julian's deposition.

This is plaintiff's ninth request to extend the deadlines under the Scheduling Order. Counsel for defendants Home Diagnostics, Inc., MIT Development Corp., and George H. Holley consents to this motion. Movant was unable to reach counsel for defendant Judy Cheng Salem, executrix for the Estate of Robert J. Salem, to determine whether he consents to this motion.

PLAINTIFF LEONARD BRANDT

By: _____
W. Bruce DelMonico (ct 18896)

WIGGIN & DANA LLP
One Century Tower
New Haven, CT 06508-1832
Telephone: (203) 498-4400
Fax: (203) 782-2889
His Attorneys

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, on this 14th day of July, 2004, to:

Paul M. Brown
Satterlee, Stephens, Burke & Burke
230 Park Ave.
New York, NY  10169

Richard A. Roberts
Nuzzo & Roberts
One Town Center
P.O. Box 747
Cheshire, CT  06410

_____
W. Bruce DelMonico