UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

--------------------------------- x
LEONARD BRANDT,                   :
                                  :
   Plaintiff,                    :
                                  :
      - against -              :
                                  :
HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY,  : Civil Action No. 3:01-CV1889 (SRU)
AND JUDY CHENG SALEM, EXECUTRIX OF THE     :
ESTATE OF ROBERT J. SALEM,        :
                                  :
   Defendants.                   :
                                  :
--------------------------------- x

## MOTION TO AMEND SCHEDULING ORDER

Defendants Home Diagnostics, Inc., George H. Holley, and the Estate of Robert J. Salem (collectively "defendants"), through their counsel, respectfully submit this motion pursuant to Local Civil Rule 16(b) to amend the Scheduling Order in the above-captioned case as follows:

1. Completion of discovery related to plaintiff's experts – October 15, 2004.

2. Defendants' designation of experts and production of expert reports – November 15, 2004.

3. Completion of discovery related to defendants' experts – December 15, 2004.

4. Serve and file dispositive motions – January 21, 2005.

5. Serve and file responses to dispositive motions – February 21, 2005.

6. Serve and file reply briefs to dispositive motions – March 8, 2005.

7. In the event that neither party files a dispositive motion, the deadline for filing the joint trial memorandum shall be February 18, 2005 and the case shall be trial ready March 15, 2005.

573385_2

Fact discovery is complete and the parties have begun the expert discovery phase of this matter. Defendants noticed the depositions for plaintiff's three experts: John W. Wills, R. W. Wirth, and R. Michael Holt on August 23, 25 and 27, 2004, respectively, however, plaintiff's counsel was unavailable on those dates. The parties are currently working on obtaining alternative dates for these depositions. Scheduling these three expert depositions has been difficult since it involves four different schedules, i.e. the schedules of plaintiff's counsel, counsel for defendants Holley and MIT, counsel for the Salem Estate, and the experts. Defendants, therefore, seek additional time for expert discovery, and by necessity, the subsequent deadlines in the current scheduling order. This is defendants' second request to extend the deadlines under the Scheduling Order. Plaintiff consents to this motion.

Dated: August 27, 2004

                              NUZZO & ROBERTS, LLC

                              By:_____
                                  Richard A. Roberts (CT 07665 )
                              One Town Center, P.O. Box 747
                              Cheshire, CT 06410
                              (203) 250-2000

                              Attorneys for Defendants
                              HOME DIAGNOSTICS, INC., GEORGE H.
                              HOLLEY and THE ESTATE OF ROBERT J.
                              SALEM

573385_2

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, on this ___ day of August, 2004, to:

W. Bruce DelMonico, Esq.  
Wiggin & Dana LLP  
One Century Tower  
New Haven, Connecticut  06508-1832  
Attorneys for Plaintiff

                                                 _____

573385_2