## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| LEONARD BRANDT<br>　　　　Plaintiff, | Civil Action No. 3:01CV1889 (SRU) |
| v. |  |
| MIT DEVELOPMENT CORP., HOME<br>DIAGNOSTICS, INC, GEORGE H.<br>HOLLEY, AND JUDY CHENG SALEM,<br>EXECUTRIX OF THE ESTATE OF<br>ROBERT J. SALEM<br>　　　　Defendants. | October 8, 2004 |

### UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Pursuant to Local Civil Rule 16(b), plaintiff Leonard Brandt, through his counsel, respectfully moves to amend the Scheduling Order in the above-captioned case as follows:

1.　　Completion of discovery related to plaintiff's experts – October 22, 2004.

This amendment is necessary in order for defendants to take the deposition of Richard Wirth, one of plaintiff's experts.  Plaintiff does not seek to amend any other deadlines in the case.

Mr. Wirth's deposition was originally scheduled for October 15, 2004, currently the last day for the completion of discovery of plaintiff's experts.  Because of scheduling issues that have arisen, however, plaintiff needs to reschedule this deposition for October 22, 2004.  Plaintiff therefore seeks a seven-day extension of the deadline relating to the discovery of its experts for

the limited purpose of allowing defendants to take Mr. Wirth's deposition. No other deadlines will need to be changed in this case.

This is plaintiff's tenth request to extend the deadlines under the Scheduling Order. Counsel for defendants consent to this motion.

PLAINTIFF LEONARD BRANDT

By: _____
W. Bruce DelMonico (ct 18896)

WIGGIN & DANA LLP
One Century Tower
New Haven, CT 06508-1832
Telephone: (203) 498-4400
Fax: (203) 782-2889
His Attorneys

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, on this 8th day of October, 2004, to:

Paul M. Brown
Satterlee, Stephens, Burke & Burke
230 Park Ave.
New York, NY  10169

Richard A. Roberts
Nuzzo & Roberts
One Town Center
P.O. Box 747
Cheshire, CT  06410

_____
W. Bruce DelMonico