UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
LEONARD BRANDT,                           :
                                          :
    Plaintiff,                            :
                                          :
        - against -                         :
                                          :
HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY, : Civil Action No. 3:01-CV1889 (SRU)
AND JUDY CHENG SALEM, EXECUTRIX OF THE    :
ESTATE OF ROBERT J. SALEM,                :
                                          :
    Defendants.                           :
                                          :
------------------------------x

## MOTION TO AMEND SCHEDULING ORDER

Defendants Home Diagnostics, Inc., George H. Holley, and the Estate of Robert J. Salem (collectively "defendants"), through their counsel, respectfully submit this motion pursuant to Local Civil Rule 16(b) to amend the Scheduling Order in the above-captioned case as follows:

    1.    Serve and file dispositive motions – February 18, 2005.

    2.    Serve and file responses to dispositive motions – March 18, 2005.

    3.    Serve and file reply briefs to dispositive motions – April 1, 2005.

    4.    In the event that neither party files a dispositive motion, the deadline for filing the joint trial memorandum shall be March 18, 2005 and the case shall be trial ready April 15, 2005.

This is defendants' third request to extend the deadlines under the Scheduling Order. Plaintiff consents to this motion.

589362_1

Dated: January 11, 2005

                                        NUZZO & ROBERTS, LLC

                                        By:_____
                                            Richard A. Roberts (CT 07665 )
                                        One Town Center, P.O. Box 747
                                        Cheshire, CT 06410
                                        (203) 250-2000

                                        Attorneys for Defendants
                                        HOME DIAGNOSTICS, INC., GEORGE H.
                                        HOLLEY and THE ESTATE OF ROBERT J.
                                        SALEM

589362_1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, on this 17th day of January, 2005, to:

Edward Wood Dunham, Esq.
Wiggin & Dana LLP
One Century Tower
New Haven, Connecticut 06508-1832
Attorneys for Plaintiff

_____

589362_1