UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONARD BRANDT )<br>　　Plaintiff, )<br> )<br>v. )<br> )<br>MIT DEVELOPMENT CORP., HOME )<br>DIAGNOSTICS, INC, GEORGE H. )<br>HOLLEY, AND JUDY CHENG SALEM, )<br>EXECUTRIX OF THE ESTATE OF )<br>ROBERT J. SALEM )<br>　　Defendants. )<br> ) | Civil Action No. 3:01CV1889 (SRU)<br><br><br><br><br><br>January 27, 2005 |

## APPEARANCE

To the Clerk of this Court and all parties of record, please enter my appearance in this case for the plaintiff, Leonard Brandt.

　　　　　　　　　　　　　　　　　　　／s／ Jonathan Freiman
　　　　　　　　　　　　　　　　　　　Jonathan Freiman (ct 24248)
　　　　　　　　　　　　　　　　　　　WIGGIN AND DANA LLP
　　　　　　　　　　　　　　　　　　　One Century Tower
　　　　　　　　　　　　　　　　　　　P.O. Box 1832
　　　　　　　　　　　　　　　　　　　New Haven, CT 06508
　　　　　　　　　　　　　　　　　　　Telephone: (203) 498-4584
　　　　　　　　　　　　　　　　　　　Fax: (203) 782-2889
　　　　　　　　　　　　　　　　　　　jfreiman@wiggin.com

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, on this 27th day of January, 2005 to:

> Paul M. Brown
> Satterlee, Stephens, Burke & Burke
> 230 Park Ave.
> New York, NY  10169
>
> Richard A. Roberts
> Frederick L. Murolo
> Nuzzo & Roberts
> One Town Center
> P.O. Box 747
> Cheshire, CT  06410

_____
Jonathan Freiman