UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONARD BRANDT<br>    Plaintiff,<br><br>v.<br><br>MIT DEVELOPMENT CORP., HOME<br>DIAGNOSTICS, INC, GEORGE H.<br>HOLLEY, AND JUDY CHENG SALEM,<br>EXECUTRIX OF THE ESTATE OF<br>ROBERT J. SALEM<br>    Defendants. | Civil Action No. 3:01CV1889 (SRU)<br><br><br><br><br>January 28, 2005 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 15, W. Bruce DelMonico, respectfully moves to withdraw his appearance for the plaintiff, Leonard Brandt, in the above-captioned matter. The plaintiff continues to be represented by Edward W. Dunham of Wiggin and Dana LLP.

W. Bruce DelMonico (ct 18896)
175 Linden Street
New Haven, CT 06511
Telephone: 203-787-0730

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, on this 28th day of January, 2005 to:

> Paul M. Brown
> Satterlee, Stephens, Burke & Burke
> 230 Park Ave.
> New York, NY 10169
>
> Richard A. Roberts
> Frederick Murolo
> Nuzzo & Roberts
> One Town Center
> P.O. Box 747
> Cheshire, CT 06410

_____
W. Bruce DelMonico