UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ x

LEONARD BRANDT,

    Plaintiff,

        - against -

HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY, : Civil Action No. 3:01-CV 1889 (SRU)
AND JUDY CHENG SALEM, EXECUTRIX OF THE
ESTATE OF ROBERT J. SALEM,

    Defendants.

------------------------------------------------------------------ x

FILED

2005 FEB 17  A 10: 08

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION TO AMEND SCHEDULING ORDER

Defendants Home Diagnostics, Inc., George H. Holley, and the Estate of Robert J. Salem (collectively "defendants"), through their counsel, respectfully submit this motion pursuant to Local Civil Rule 16(b) to amend the Scheduling Order in the above-captioned case as follows:

1. Serve and file dispositive motions - March 18, 2005.

2. Serve and file responses to dispositive motions - April 18, 2005.

3. Serve and file reply briefs to dispositive motions - May 1, 2005.

4. In the event that neither party files a dispositive motion, the deadline for filing the joint trial memorandum shall be April 18, 2005 and the case shall be trial ready May 15, 2005.

Counsel to plaintiff, Attorney Dunham, has consented to this modification to the Scheduling Order.

NUZZO & ROBERTS, LLC

By: _____
Richard A. Roberts (CT 07665)
Thomas J. Lengyel (CT 21488)
One Town Center, P.O. Box 747
Cheshire, CT 06410
(203) 250-2000


Attorneys for Defendants
HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY and THE ESTATE OF ROBERT J. SALEM

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, on this __16__ day of February, 2005, to:

Edward Wood Dunham, Esq.
Wiggin & Dana LLP
One Century Tower
New Haven, Connecticut 06508-1832
Attorneys for Plaintiff

_____
Richard A. Roberts

\\fp\nuzzo\wp\419021\001\Mot to Amend 2 16 05.DOC