UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------- x
LEONARD BRANDT,                                 :
                                                :
    Plaintiff,                                  :
                                                :
          - against -                            :
                                                :
HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY,: Civil Action No. 3:01-CV 1889 (SRU)
AND JUDY CHENG SALEM, EXECUTRIX OF THE :
ESTATE OF ROBERT J. SALEM,                      :
                                                :
    Defendants.                                 :
                                                : March 16, 2005
------------------------------------------------------------------- x

## MOTION TO AMEND SCHEDULING ORDER

Defendants Home Diagnostics, Inc., George H. Holley, and the Estate of Robert J. Salem (collectively "defendants"), through their counsel, respectfully submit this Motion pursuant to Local Civil Rule 16(b) to amend the Scheduling Order in the above-captioned case as follows:

    1.    Serve and file dispositive motions – April 6, 2005

    2.    Serve and file responses to dispositive motions – May 17, 2005

    3.    Serve and file reply briefs to dispositive motions – May 31, 2005

    4.    In the event that neither party files a dispositive motion, the deadline for filing the joint trial memorandum shall be May 18, 2005 and the case shall be trial ready by June 15, 2005.

Counsel to plaintiff, Attorney Edward W. Dunham, has consented to this modification to the Scheduling Order.

NUZZO & ROBERTS, LLC

By: _____
Richard A. Roberts (CT 07665 )
Thomas J. Lengyel (CT 21488)
One Town Center, P.O. Box 747
Cheshire, CT 06410
(203) 250-2000

Attorneys for Defendants
HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY and THE ESTATE OF ROBERT J. SALEM

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, on this 16 day of March, 2005, to:

Edward W. Dunham, Esq.
Wiggin & Dana LLP
One Century Tower
New Haven, Connecticut 06508-1832
Attorneys for Plaintiff

_____
Richard A. Roberts

F:\WP\41902\001\Motion for Extension 3 16 05.DOC

- - 3