UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x

LEONARD J. BRANDT,

    Plaintiff

V.

HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY,
AND JUDY CHENG SALEM, EXECUTRIX OF THE
ESTATE OF ROBERT J. SALEM,

    Defendants

NO.:301CV1889 (SRU)

APRIL 6, 2005

-----------------------------------------------------------------x

## DEFENDANT SALEM'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56, the defendant Judy Cheng Salem, as Executrix of the Estate of Mr. Robert J. Salem (hereinafter, "Salem"), hereby files this Motion for Summary Judgment as to all claims by Plaintiff Leonard Brandt ("Plaintiff") in this action against Salem personally.

Salem submits herewith the Local Rule 56(a)1 Statement, the Memorandum of Law in Support of Summary Judgment, and supporting evidence in the form of deposition testimony, the Affidavit of George H. Holley[1], pleadings and otherwise.

The other defendants to this matter, Home Diagnostics, Inc. ("HDI") and Mr. George H. Holley ("Holley"), are likewise moving for summary judgment, and defendant Salem joins the position of these defendants (and incorporates their arguments), through their motion for summary judgment filed along herewith (collectively, the "Defendants").

In support of this Motion, Salem represents as follows:

1. This case arises out of certain consulting services allegedly provided by Plaintiff to the Defendants in this matter.

2. In the Third Amended Complaint, Plaintiff brings claims against Salem personally for: (i) Breach of Contract; (ii) Promissory Estoppel; and (iii) Unjust Enrichment.

3. This case is ripe for summary judgment as to all counts against Salem in his individual capacity, as the late Mr. Bob Salem never gave authority to Mr. Holley – as agent – to bind Salem personally. Given this lack of agency, there can be no contract with Salem personally.

4. The agency issue has already been determined by the Minnesota Federal District Court, which Court ruled that Holley was *not* acting as Salem's agent (the "Minnesota Decision"). As such, this Court may rely upon the law of the case doctrine and/or collateral estoppel to dismiss all claims against Salem personally, as the key issue here is a legal one based on these doctrines.

5. Moreover, there is no new material evidence in this case, since the Minnesota Decision, that would justify any reconsideration of this Decision and/or re-litigation of the agency issue.

6. Given that the agency issue has already been fully and fairly litigated, there remains no genuine issue of material fact as to all claims against Salem personally.

---

[1] The *original* Affidavit of George H. Holley is being submitted by Defendants HDI and Holley with their motion for summary judgment, and thus, Salem submits a copy of this Affidavit along herewith.

WHEREFORE, Salem respectfully requests that this Motion for Summary Judgment be granted.

```
                              THE DEFENDANT
                              JUDY CHENG SALEM, EXECUTRIX
                              OF THE ESTATE OF ROBERT J.
                              SALEM


                              By_____
                                Richard A. Roberts
                                Fed Bar no ct 07665
                                Thomas J. Lengyel
                                Fed Bar no. ct 21488
                                NUZZO & ROBERTS, L.L.C.
                                One Town Center
                                P.O. Box 747
                                Cheshire, Connecticut 06410
                                (203) 250-2000
                                (203) 250-3131 fax
```

## CERTIFICATION

This is to certify that on April 6, 2005, a true copy of the foregoing Motion was mailed via first class, postage prepaid, mail to:

Edward W. Dunham, Esq.
Wiggin & Dana LLP
One Century Tower
New Haven, Connecticut 06508-1832

Paul M. Brown, Esq.
Satterlee, Stephens, Burke & Burke
230 Park Avenue
New York, NY 10169

Honorable Stefan R. Underhill (courtesy copy – hand delivery)
United States District Court
915 Lafayette Blvd
Bridgeport, CT 06604

_____
Richard A. Roberts

\\fp\nuzzo\wp\419021\001\MOTION SJ.doc