UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAY -4  P 12: 44

U.S. DISTRICT COURT
BRIDGEPORT, CONN

|  |  |
|---|---|
| LEONARD BRANDT<br>Plaintiff,<br><br>v.<br><br>MIT DEVELOPMENT CORP., HOME<br>DIAGNOSTICS, INC, GEORGE H.<br>HOLLEY, AND JUDY CHENG SALEM,<br>EXECUTRIX OF THE ESTATE OF<br>ROBERT J. SALEM<br>Defendants. | Civil Action No. 3:01CV1889 (SRU)<br><br><br>May 3, 2005 |

**CONSENTED-TO MOTION FOR EXTENSION OF TIME
FOR BRIEFING OF SUMMARY JUDGMENT MOTIONS**

Plaintiff Leonard Brandt moves this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 9(b), for an order amending this Court's prior scheduling to make Plaintiff's opposition to the Defendants' two recently filed summary judgment motions due on or before June 28, 2005, and Defendants' reply briefs (if any) on those motions due on or before July 12, 2005. Defendants have informed the undersigned that they consent to this extension.

In support of this motion, Brandt represents that he seeks this extension because his attorneys have recently been confronted with serious health challenges in their families. Brandt

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

submits that June 28, 2005 is a reasonable date by which they should be required to file his opposition to the pending summary judgment motions.

DEFENDANT YALE UNIVERSITY

By: _____
Edward Wood Dunham (ct05429)
Jonathan M. Freiman (ct24248)
Wiggin and Dana
One Century Tower
New Haven, CT 06508-1832
Tel: (203) 498-4584
Fax: (203) 782-2889

SO ORDERED:

_____
U.S.D.C.J.

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, on this 3rd day of May 2005, to:

Paul M. Brown
Satterlee, Stephens, Burke & Burke
230 Park Ave.
New York, NY 10169

Richard A. Roberts
Nuzzo & Roberts
One Town Center
P.O. Box 747
Cheshire, CT 06410

_____
Jonathan M. Freiman

\16273\1\529202.1