FILED

UNITED STATES DISTRICT COURT

2005 JUN 23 P 12: 26

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
[BRIDGE]PORT, C[T]

------------------------------------------------------x

LEONARD J. BRANDT,

        Plaintiff                                  NO.:301CV1889 (MRK) (SRU)

V.

MIT DEVELOPMENT CORPORATION,
AND HOME DIAGNOSTICS, INC.

        Defendants

------------------------------------------------------x       JUNE 22, 2005

## ENTRY OF APPEARANCE

       Please enter the Appearance of the undersigned, Thomas J. Lengyel, in addition to the appearance of Richard A. Roberts, as counsel for the defendant, Judy Cheng Salem, Executrix of the Estate of Robert J. Salem.

                              THE DEFENDANTS
                              JUDY CHENG SALEM, EXECUTRIX OF TE
                              ESTATE OF ROBERT J. SALEM.

                              By _____
                                  Thomas J. Lengyel
                                  Federal Bar No: ct 21488
                                  NUZZO & ROBERTS, L.L.C.
                                  One Town Center
                                  P.O. Box 747
                                  Cheshire, Connecticut 06410
                                  (203) 250-2000

## CERTIFICATION

I hereby certify that on June 22, 2005, the foregoing Appearance was mailed, postage prepaid, to:

Edward W. Dunham, Esq.
Wiggin & Dana LLP
One Century Tower
New Haven, Connecticut 06508-1832
Attorneys for Plaintiff

Paul M. Brown, Esq, Esquire
Satterlee, Stephens, Burke & Burke
230 Park Avenue
New York, NY 10169

Thomas J. Lengyel
Federal Bar No: ct 21488
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410
(203) 250-2000