UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONARD BRANDT<br>    Plaintiff,<br><br>v.<br><br>MIT DEVELOPMENT CORP., HOME DIAGNOSTICS, INC, GEORGE H. HOLLEY, AND JUDY CHENG SALEM, EXECUTRIX OF THE ESTATE OF ROBERT J. SALEM<br>    Defendants. | Civil Action No. 3:01CV1889 (SRU)<br><br><br>June 23, 2005 |

## JOINT MOTION FOR EXTENSION OF TIME
## FOR BRIEFING OF SUMMARY JUDGMENT MOTIONS

Plaintiff and Defendants jointly move this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 9(b), to amend this Court's prior scheduling so that Plaintiff's opposition to the Defendants' two recently filed summary judgment motions shall be served and filed on or before July 1, 2005, and Defendants' reply brief (if any) shall be served and filed on or before July 29, 2005.

In support of this motion, Brandt represents that he seeks this extension because his attorney, Jonathan M. Freiman, has been ordered to appear at trial this Thursday, June 23, 2005, requiring a short three-day extension for his opposition papers in this matter. Defendants

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

represent that they seek this extension because Laura McQuade will shortly withdraw from this matter and be replaced by Aaron Zeisler, another attorney associated with the firm of Satterlee Stephens Burke & Burke LLP, who will need time to familiarize himself with the record. All parties aver that the above-listed are reasonable dates by which they should be required to file their respective oppositions and reply (if any) to the pending summary judgment motions.

FOR PLAINTIFF

By: _____
Edward Wood Dunham (ct05429)
Jonathan M. Freiman (ct24248)
Wiggin and Dana, LLP
One Century Tower
New Haven, CT 06508-1832
Tel: (203) 498-4584
Fax: (203) 782-2889

FOR ALL DEFENDANTS

By: _____
Richard A. Roberts ( ct07665 )
Nuzzo & Roberts, LLC
One Town Center, P.O. Box 747
Cheshire, CT 06410
Tel: (203) 250-2000
Fax: (203) 250-3131

SO ORDERED:

_____
U.S.D.C.J.

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, on this 23rd day of June 2005, to:

Paul M. Brown
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169

_____
Richard Roberts