UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONARD BRANDT,  )<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>MIT DEVELOPMENT CORP., HOME  )<br>DIAGNOSTICS, INC. GEORGE H.  )<br>HOLLEY, AND JUDY CHENG SALEM,  )<br>EXECUTRIX OF THE ESTATE OF  )<br>ROBERT J. SALEM  )<br>)<br>Defendants.  )<br>) | Civil Action<br>Docket No. 3:01 CV 1889 (SRU)<br><br><br><br><br><br><br><br><br>July 1, 2005 |

**PLAINTIFF'S MOTION FOR PERMISSION TO EXCEED PAGE LIMIT
FOR MEMORANDUM IN OPPOSITION
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(a)2, the plaintiff, Leonard Brandt, respectfully requests permission to file an over-length Memorandum in Opposition to Defendants' Motions for Summary Judgment.

Defendants filed one motion for summary judgment with supporting memoranda of law on behalf of all Defendants, and Judy Cheng Salem, Executrix of the Estate of Robert J. Salem ("Salem"), filed a second motion for summary judgment with supporting memoranda of law. Under Local Civil Rule 7(a)(2), the plaintiff is entitled to submit two briefs of up to forty (40) pages, each brief responding to one of the motions for summary judgment, for a total of eighty (80) pages.

Rather than filing a total of eighty (80) pages over two briefs, Brandt requests permission to file a single brief of up to seventy-five (75) pages that combines responses to both motions for

summary judgment, with no more than (1) twenty-five (25) pages of legal argument responding to the arguments raised in the Salem brief; (2) twenty-five (25) pages of legal argument responding to the arguments raised in the brief on behalf of all Defendants; and (3) twenty-five (25) pages of facts and introduction. Such a combined brief will ease the Court's consideration and, by virtue of the precise limits set forth in the preceding sentence, will do no injustice to Defendants.

Counsel for all Defendants consent to this request.

PLAINTIFF
LEONARD BRANDT

By: /s/ *signature*
Edward Wood Dunham (ct05429)
Jonathan M. Freiman (ct24248)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
edunham@wiggin.com
jfreiman@wiggin.com

His Attorneys

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, on this 1st day of July 2005, to:

>Paul M. Brown
>Satterlee, Stephens, Burke & Burke
>230 Park Ave.
>New York, NY  10169
>
>Frederick L. Murolo
>Richard A. Roberts
>Thomas J. Lengyel
>Nuzzo & Roberts
>One Town Center
>P.O. Box 747
>Cheshire, CT  06410

_____
Jonathan M. Freiman