# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONARD BRANDT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| v. | ) | Docket No. 3:01 CV 1889 (SRU) |
| | ) | |
| MIT DEVELOPMENT CORP., HOME | ) | |
| DIAGNOSTICS, INC. GEORGE H. | ) | |
| HOLLEY, AND JUDY CHENG SALEM, | ) | |
| EXECUTRIX OF THE ESTATE OF | ) | |
| ROBERT J. SALEM | ) | |
| | ) | |
| Defendants. | ) | July 1, 2005 |
| | ) | |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff, Leonard Brandt, has manually filed the following

document or thing

> *Appendix to Plaintiff Leonard Brandt's Local Rule 56(a)2 Statement and Memorandum*
> *of Law in Opposition to Defendants' Motions for Summary Judgment*

This document has not been filed electronically because:

      [   ]     the document or thing cannot be converted to an electronic format

      [ X ]     the electronic file size of the document exceeds 1.5 megabytes

      [   ]     part of the document or thing is filed under seal pursuant to Local Rule of Civil
                 Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

      [   ]     Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing will be manually served on all parties.

Case 3:01-cv-01889-SRU    Document 121-5    Filed 07/18/2005    Page 2 of 3

PLAINTIFF
LEONARD BRANDT

By: _____

Edward Wood Dunham (ct05429)
Jonathan M. Freiman (ct24248)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
edunham@wiggin.com
jfreiman@wiggin.com

His Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, via first class mail, postage

prepaid, on this first day of July, 2005 to:

Paul M. Brown
Satterlee, Stephens, Burke & Burke
230 Park Ave.
New York, NY  10169

Frederick L. Murolo
Richard A. Roberts
Thomas J. Lengyel
Nuzzo & Roberts
One Town Center
P.O. Box 747
Cheshire, CT  06410

Jonathan M. Freiman