UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------------x

LEONARD J. BRANDT,

       Plaintiff                                  NO.:301CV1889 (SRU)

V.

HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY,
AND JUDY CHENG SALEM, EXECUTRIX OF THE
ESTATE OF ROBERT J. SALEM,

                                                              October 7, 2005

       Defendants

-----------------------------------------------------------------------x

## AFFIDAVIT OF THOMAS J. LENGYEL

       THOMAS J. LENGYEL, being duly sworn hereby deposes and says:

       1.       I am an attorney at the firm of Nuzzo & Roberts, LLC of Cheshire, Connecticut, and counsel to the Defendants in this case, Home Diagnostics, Inc. ("HDI"), George Holley ("Holley"), and Judy Cheng Salem – Executrix of the Estate of Robert J. Salem ("Salem").

       2.       I make this Affidavit in support of Defendants' Motion for Summary Judgment, and this Affidavit is filed along with Defendants' Reply Brief.

       3.       I attach hereto as <u>Exhibit A</u> a true and correct copy of the Affidavit of Plaintiff Leonard Brandt, dated May 1, 2001.

       4.       I attach hereto as <u>Exhibit B</u> a true and correct copy of the Affidavit of Plaintiff Leonard Brandt, dated June 28, 2001.

5. I attach hereto as <u>Exhibit C</u> a true and correct copy of relevant pages from the deposition transcript of Plaintiff, dated December 2, 2003.

_____
THOMAS J. LENGYEL

Sworn to before me this
7th Day of October, 2005

_____
NOTARY PUBLIC
My Comm. exp. 8/31/06

\\fp\nuzzo\wp\419021\001\LENGYEL AFFIDAVIT.doc