UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEONARD BRANDT,

    Plaintiff,

  -against-
             Civil Action No.
HOME DIAGNOSTICS, INC.,  3:01 CV 1889 (SRU)
GEORGE H. HOLLEY, and
JUDY CHENG SALEM, Executrix
of the Estate of ROBERT J. SALEM,

    Defendants.

      DEPOSITION of LEONARD BRANDT, taken by Defendants at the offices of Saterlee Stephens Burke & Burke, 230 Park Avenue, Suite 1130, New York, New York 10169, on Tuesday, December 2, 2003, commencing at 10:10 o'clock a.m., before Karen Ann Carney, a Certified Shorthand (Stenotype) Reporter and Notary Public within and for the State of New York.

[1] **Brandt**

[2] that came and got distributed to Bob and George
[3] and they were thereby selling some other interests
[4] of MIT and the HDI interest with it, yes.
[5]     Q: Suppose MIT was sold by George and
[6] Bob and they got $50 million; do you get anything
[7] out of that?
[8]     A: If the sale — yes. If the sale is
[9] MIT as it was constructed then, which was
[10] predominantly HDI, yes.
[11]    Q: Forget HDI. Just MIT, which had
[12] other business interests.
[13]    A: If they sold only their assets
[14] associated with another business, no.
[15]    Q: Now, the complaint which you've
[16] identified in Paragraph 13(b) as being an accurate
[17] statement of your claim for a percentage of
[18] recovery says 10 percent of the value, interest,
[19] equity, collections, revenues and assets over and
[20] above one million.
[21]    Now, are those expressions, those
[22] phrases somehow or other incorporated in
[23] Defendants' 4, or is that something we have to
[24] look somewhere else to find?
[25]    A: (Perusing document.) I see in

[2] Exhibit 4 a subset of phrases that say 10 percent
[3] of any assets. I don't see the words value,
[4] interest, equity, collections, revenue. And I see
[5] the "above million dollars" phrase in both.
[6]     **Q:** Where do those expressions come
[7] from, value, interest, equity, collections, and
[8] revenue?
[9]     **A:** I believe it was our understanding.
[10]    **Q:** Not incorporated in this?
[11]    **A:** Not incorporated?
[12]    **Q:** Defendants' Exhibit 4.
[13]    **A:** As I said, yes.
[14]    **Q:** Is that in some other document that
[15] you are aware of?
[16]    **A:** I would have to look.
[17]    **Q:** Is this a conversation that you had
[18] with someone?
[19]    **A:** What?
[20]    **Q:** About your 10 percent also attaching
[21] to value, interest, equity, collections, revenue?
[22]    **A:** Is this a conversation I had with
[23] someone?
[24]    **Q:** Are you relating that this stems not
[25] from a writing but from a conversation with