## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONARD BRANDT : | |
| : | |
| v. : | Civ. Action No. |
| : | 3:01CV 1889 (SRU) |
| HOME DIAGNOSTICS, INC., ET AL. : | |

### **ORDER**

A Trial Calendar Call is ordered in this matter for **April 28, 2006 at 4:00 p.m.**. Counsel for both parties are ordered to appear before Judge Stefan R. Underhill in Courtroom #1 at the United States District Court, 915 Lafayette Blvd., Bridgeport, CT at that time. Parties shall be prepared to discuss the trial readiness and scheduling of this case for a final pre-trial conference, jury selection, and trial.

Parties are to confer in advance and should be prepared to jointly provide the Court with the following information:

1. A list of dates between <u>May 28, 2006</u>, and <u>October 28, 2006</u> when counsel and witnesses are unavailable for trial; and

2. Issues raised in the pre-trial memorandum that need to be resolved in advance of trial, including further proceedings prior to trial, anticipated evidentiary problems at trial, and motions in limine.

If the parties believe that a settlement conference would be beneficial, they should request a settlement conference by contacting Chambers on or before **March 1, 2006**. Requests made after this date may not be honored. A request for a settlement conference, in the absence of further order of the court, will not delay submission of the joint trial memorandum or the scheduling of trial.

Upon receipt of this order, counsel are instructed to confer with opposing counsel and

confirm that all parties have notice of the <u>April 28, 2006</u> trial calendar call.

It is so ordered.

Dated at Bridgeport this 15th day of February 2006.

                                          /s/ Stefan R. Underhill
                                          Stefan R. Underhill
                                          United States District Judge