UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONARD BRANDT, : | |
| : | Case No. 3:01-CV-1889 (SRU) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| MIT DEVELOPMENT CORP., HOME : | |
| DIAGNOSTICS, INC, GEORGE H. : | |
| HOLLEY, and JUDY CHENG SALEM, : | |
| EXECUTRIX OF THE ESTATE OF : | |
| ROBERT J. SALEM, : | |
| : | March 13, 2006 |
| Defendants. : | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Leonard Brandt moves this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 9(b), for an order amending this Court's Pre-Trial Order to extend the due date for the parties' pretrial memorandums by one month, to April 28, 2006. Defendants have informed the undersigned that they do not oppose this extension.

In support of this motion, Brandt represents that he seeks this extension because his attorneys recently had unexpected events on other cases. Brandt submits that April 28, 2006 is a reasonable date by which the parties should be required to file their pretrial memorandums.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

**PLAINTIFF**
**LEONARD BRANDT**

By: _____
Edward Wood Dunham (ct05429)
Jonathan M. Freiman (ct24248)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
edunham@wiggin.com
jfreiman@wiggin.com

His Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, on this 13th day of March, 2006 to:

Paul M. Brown
Satterlee, Stephens, Burke & Burke
230 Park Ave.
New York, NY  10169

Frederick L. Murolo
Richard A. Roberts
Thomas J. Lengyel
Nuzzo & Roberts
One Town Center
P.O. Box 747
Cheshire, CT  06410

Jonathan M. Freiman