UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x
| | |
|---|---|
| LEONARD BRANDT, | : |
| Plaintiff, | : Civil Action No.: 3:01-1889 (SRU) |
| - against - | : |
| HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY, AND JUDY CHENG SALEM, EXECUTRIX OF THE ESTATE OF ROBERT J. SALEM, | : |
| | : April 20, 2006 |
| Defendants. | : |

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – x

## SALEM'S MOTION FOR FRCP 54(b) CERTIFICATION OF PARTIAL FINAL JUDGMENT

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and Local Rule 7, the defendant Estate of Robert J. Salem ("Salem") hereby files this Motion for Certification of the partial "final" judgment as against the plaintiff Leonard Brandt ("Brandt"), with respect to the recent summary judgment ruling of February 8, 2006 in Salem's favor on *all* claims against Salem (the "Ruling").

In support of this Motion, Salem submits along herewith a Memorandum of Law, as well as the Affidavit of Ms. Judy Cheng Salem, the Executrix to the Salem Estate. (Ms. Salem's Affidavit is provided at Exhibit A to the attached Memorandum.)

WHEREFORE, Salem respectfully requests that this Court grant the Motion for FRCP 54(b) Certification.

DATED:  April 20, 2006

        THE SALEM ESTATE
        NUZZO & ROBERTS LLC

By: _____
    Richard A. Roberts (CT 07665)
    Thomas J. Lengyel (CT 21488)
    One Town Center, P.O. Box 747
    Cheshire, Connecticut 06410
    Telephone: (203) 250-2000
    *Attorneys for the Defendant Estate of Robert Salem*

## **CERTIFICATION**

      This is to certify that on April 20, 2006, a true copy of the foregoing Motion was mailed via first class, postage prepaid, mail to:

Edward W. Dunham, Esq.
Jonathan Freiman, Esq.
Wiggin & Dana, LLP
One Century Tower
New Haven, Connecticut 06508-1832

Paul M. Brown, Esq.
Aaron Zeisler, Esq.
Satterlee, Stephens, Burke & Burke
230 Park Avenue
New York, NY 10169

 

_____
Thomas J. Lengyel

\\fp\nuzzo\wp\419021\001\MOT CERT.DOC