| | |
|---|---|
| From: | CMECF@ctd.uscourts.gov |
| Sent: | Thursday, February 09, 2006 3:09 PM |
| To: | CMECF@ctd.uscourts.gov |
| Subject: | Activity in Case 3:01-cv-01889-SRU Brandt v. MIT Dev. Corp., et al "Order on Motion for Summary Judgment" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Montz, A. entered on 2/9/2006 at 3:09 PM EST and filed on 2/8/2006

**Case Name:** Brandt v. MIT Dev. Corp., et al
**Case Number:** 3:01-cv-1889
**Filer:**
**Document Number:** 130

**Docket Text:**
ORAL ORDER in open court granting [112] Motion for Summary Judgment filed by Judy Cheng Salem, granting in part and denying in part [113] Motion for Summary Judgment filed by Home Diagnostics, Inc., George Holley. Underhill, J. 2/8/06 (Montz, A.)

The following document(s) are associated with this transaction:

**3:01-cv-1889 Notice will be electronically mailed to:**

Edward Wood Dunham   edunham@wiggin.com, rcelano@wiggin.com

Julie H. Firestone   jfirestone@briggs.com,

Jonathan M. Freiman   jfreiman@wiggin.com, mfraschilla@wiggin.com

Thomas J. Lengyel   tlengyel@nuzzo-roberts.com

Richard G. Mark   rmark@briggs.com,

Richard A. Roberts   rroberts@nuzzo-roberts.com, dmocciolo@nuzzo-roberts.com, jpeterson@nuzzo-roberts.com

**3:01-cv-1889 Notice will be delivered by other means to:**

3/6/2006

Paul M. Brown
Satterlee, Stephens, Burke & Burke
230 Park Ave.
New York, NY 10169

Frederick L. Murolo
Nuzzo & Roberts
One Town Center, PO Box 747
Cheshire, CT 06410

3/6/2006