Wiggin and Dana LLP.  
One Century Tower  
P.O. Box 1832  
New Haven, Connecticut  
06508-1832  
www.wiggin.com

Jonathan M. Freiman  
203.498.4584  
203.782.2889 fax  
jfreiman@wiggin.com

**WIGGIN AND DANA**

*Counsellors at Law*

VIA U.S. MAIL

February 16, 2006

Marlene H. Ruiz, Clerk of Court  
Court of Probate, District of Bethel, District No. 009  
1 School Street  
PO Box 144  
Bethel, CT 06801

Dear Ms. Ruiz:

I represent Leonard Brandt, a creditor against the Estate of Robert J. Salem, Judy Salem, Executrix. Currently pending against the Estate is a claim filed by my client, Leonard Brown, on 12/1/00. I have an appearance in the probate court, filed 9/14/05.

Mr. Brandt has filed suit in federal district court in Bridgeport against the Estate and others. On February 8, 2006, the court granted summary judgment in favor of the Estate, but rejected the other defendants' request for judgment. As such, the case continues towards trial. The Estate remains potentially liable in the matter, as Mr. Brandt may appeal the grant of summary judgment in favor of the Estate. Under the federal rules, however, Mr. Brandt may not file an appeal until final judgment has entered, which may not occur until after trial.

At this time, Mr. Brandt's claim against the Estate continues. I have notified the Executrix (through her attorney, Richard A. Roberts) of this fact as required by C.G.S. § 45a-358, and enclose a copy of that letter for the file.

Thank you for your kind attention.

Sincerely,

Jonathan M. Freiman

cc:   Paul M. Brown  
      Edward W. Dunham  
      Richard A. Roberts

\16273\1\578503.1

*New Haven   Stamford   New York   Hartford   Philadelphia*