UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

----------------------------------------------------------x

LEONARD J. BRANDT,

       Plaintiff                                       NO. 301CV1889 (SRU)

V.

HOME DIAGNOSTICS, INC.,
GEORGE H. HOLLEY and
JUDY CHENG SALEM, Executrix of the
 Estate of Robert J. Salem

       Defendants

----------------------------------------------------------x         MAY 11, 2006

CONSENTED TO MOTION TO ADMIT ATTORNEY
PRO HAC VICE

      The undersigned counsel for the defendants hereby moves this Court, pursuant to District of Connecticut Local Rule 83.1(d) to permit Aaron M. Zeisler as a visiting attorney, to be admitted pro hac vice for the defendants Home Diagnostics, Inc. and George H. Holley in this matter.

      Based on the accompanying affidavit of Aaron M. Zeisler, he meets all requirements of the local rule concerning admission of visiting attorneys, is a member in good standing of all courts to which he is admitted, and has not been convicted of any crime.

      The making of this motion does not require modification of any scheduling order.

Plaintiff's counsel consents to the motion.

WHEREFORE, the undersigned respectfully moves that this Court make and enter an Order permitting Aaron M. Zeisler to fully act as counsel for the defendants Home Diagnostics, Inc. and George H. Holly, to the conclusion of this case.

                                                Thomas J. Lengyel, Esq.
Fed Bar no. ct 21488
Nuzzo & Roberts, LLC
P.O. Box 747
Cheshire, CT 06410
(203) 250-2000
(203) 250-3131 - fax

I hereby certify that on this 11th day of May, 2006, a true copy of the foregoing Motion to Admit Attorney Pro Hac Vice with accompany Affidavit of Aaron M. Zeisler, was mailed via first class, postage prepaid mail to:

Paul M. Brown, Esquire
Satterlee, Stephens, Burke & Burke
230 Park Avenue
New York, NY 10169

Edward Wood Dunham, Esquire
Wiggin & Dana, LLP
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Honorable Stefan R. Underhill
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

                                      Thomas J. Lengyel, Esquire

\\fp\nuzzo\wp\419021\001\mot to admit zeisler 5 11 06.doc