UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

----------------------------------------------------------x

LEONARD J. BRANDT,
Plaintiff                                                          NO.:301CV1889 (SRU)

V.

HOME DIAGNOSTICS, INC.,
GEORGE H. HOLLEY, and
JUDY CHENG SALEM, Executrix of the
  Estate of Robert J. Salem
Defendants
----------------------------------------------------------x          MAY     , 2006

AFFIDAVIT OF AARON M. ZEISLER
REGARDING PRO HAC VICE ADMISSION

STATE OF NEW YORK
                                        ss:
COUNTY OF NEW YORK

      AARON M. ZEISLER, being duly sworn, hereby deposes and says:

      1.     I submit this affidavit in accordance with District of Connecticut Local Rule 83.1(d) in order to represent *pro hac vice* in this case the defendants Home Diagnostics, Inc. and George H. Holley.

      2.     I am an attorney with the law firm of Satterlee Stephens Burke & Burke LLP, 230 Park Avenue, New York, New York 10169; Tel: (212) 404-8737; Fax: (212) 818-9606; e-mail address: azeisler@ssbb.com.

      3.     Some time ago, Satterlee Stephens Burke & Burke LLP was asked by local counsel, Nuzzo & Roberts, LLC, to act as primary counsel in this case because

of my firm's long-time association as counsel for the defendants named above, and our familiarity with the facts of this case.

4. Two attorneys from Satterlee Stephens Burke & Burke LLP, namely Laura McQuade and Paul M. Brown, have previously been admitted *pro hac vice* to represent the above named defendants in this case.

5. I have taken over the handling of this matter in place of Attorney McQuade and am currently working with Attorney Brown on this matter.

6. I am a member in good standing of the following bars with the following dates of admission:

The State of New York, 2000

U.S. D.C. for the Southern District of New York, 2000

U.S. D.C. for the Eastern District of New York, 2000

U.S. Court of Appeals, Second Circuit, 2005

7. I have not been denied admission to, nor disciplined by, any court.

8. I have never been convicted of a crime.

9. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

10. I seek admission *pro hac vice* upon the motion of local counsel, Thomas J. Lengyel, filed herewith.

> _____
> Aaron M. Zeisler, Esquire
> Satterlee Stephens Burke & Burke LLP

Subscribed and sworn to, before me, this 4th day of May, 2006,

_____
Notary Public

AMY J. GUSS
Notary Public, State of New York
No. 31-5037224
Qualified in New York County
Commission Expires 12-19-20__

t:\ruzzo\wp\419021\001\zeisler affidavit.doc