UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
LEONARD BRANDT,                                  :

       Plaintiff,                            : Civil Action No.:
                                               3:01-1889 (SRU)
    - against -                                  :

HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY,         :
AND JUDY CHENG SALEM, EXECUTRIX OF THE
ESTATE OF ROBERT J. SALEM,                        :

       Defendants.                          : May 15, 2006
------------------------------------------------x

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY**

       Pursuant to Federal Rules of Evidence 104(a), 403 and 702, Rule 7(b) of the Federal Rules of Civil Procedure, Local Rule 7(a) and this Court's Pre-Trial Order entered February 15, 2006, as amended, Defendants Home Diagnostics, Inc. and George H. Holley ("Defendants"), respectfully submit this motion *in limine*: (i) to preclude Plaintiff Leonard Brandt ("Brandt") from offering any expert testimony from Richard Wirth ("Wirth") or R. Michael Holt ("Holt"); and (ii) to limit any expert testimony from John Wills ("Wills") to the topic of Brandt's alleged contract damages.

       Defendants submit herewith the Memorandum of Law in Support of Defendants' Motion *In Limine* To Exclude Expert Testimony and the supporting declaration of Paul M. Brown, executed on May 15, 2006, and exhibits annexed thereto.

652396_1

**WHEREFORE**, Defendants respectfully request that this motion *in limine* be granted.

                              THE DEFENDANTS
                              GEORGE H. HOLLEY AND
                              HOME DIAGNOSTICS, INC.

By _____
      Paul M. Brown (CT 23232)
      Aaron M. Zeisler (*pro hac vice*)
      SATTERLEE STEPHENS BURKE &
        BURKE LLP
      230 Park Avenue
      New York, New York 10169
      (212) 818-9200
      (212) 818-9606 fax

        -and-

      Richard A. Roberts (CT 07665)
      Thomas J. Lengyel (CT 21488)
      NUZZO & ROBERTS, L.L.C.
      One Town Center
      P.O. Box 747
      Cheshire, Connecticut 06410
      (203) 250-2000
      (203) 250-3131 fax

## CERTIFICATION

      This is to certify that on May 15, 2006, a true copy of the foregoing Motion was mailed via first class, postage prepaid, to:

>Edward W. Dunham, Esq.
>Jonathan Freiman, Esq,
>Wiggin & Dana LLP
>One Century Tower
>New Haven, Connecticut 06508-1832

_____
Aaron M. Zeisler

652396_1