UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------x
LEONARD BRANDT,                              :
      Plaintiff,                         : Civil Action No.:
                                             : 3:01-1889 (SRU)
      - against -                       :
                                             :
HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY,     : **DECLARATION OF**
AND JUDY CHENG SALEM, EXECUTRIX OF THE       : **PAUL M. BROWN**
ESTATE OF ROBERT J. SALEM,                    :
                                             :
      Defendants.                        :
---------------------------------------------x

    PAUL M. BROWN, hereby declares under penalty of perjury:

    1.    I am a member of the firm of Satterlee Stephens Burke & Burke LLP, attorneys for defendants Home Diagnostics, Inc. and George H. Holley, ("Defendants"), and submit this affirmation in support of: (i) Defendants' motion *in limine* to exclude the expert testimony of Richard Wirth, R. Michael Holt and John Wills, and (ii) Defendants' motion *in limine* to limit damages.

    2.    Annexed hereto as Exhibit A is a true and correct copy of plaintiff's third Amended Complaint, dated December 10, 2002.

    3.    Annexed hereto as Exhibit B is a true and correct copy of plaintiff's Amended Answers To Certain Interrogatories, dated July 1, 2005.

    4.    Annexed hereto as Exhibit C is a true and correct copy of a letter from Jonathan M. Freiman to Paul M. Brown, dated March 21, 2006.

    5.    Annexed hereto as Exhibit D is a true and correct copy of a letter from Jonathan M. Freiman to Paul M. Brown, dated April 3, 2006.

652263_1

6. Annexed hereto as Exhibit E is a true and correct copy of the expert report of John W. Wills, dated June 15, 2004.

7. Annexed hereto as Exhibit F is a true and correct copy of the supplemental expert report of John W. Wills, dated September 21, 2004.

8. Annexed hereto as Exhibit G is a true and correct copy of the Compensation Report of R. Michael Holt, dated June 15, 2004.

9. Annexed hereto as Exhibit H is a true and correct copy of the revised Compensation Report of R. Michael Holt, dated October 8, 2004.

10. Annexed hereto as Exhibit I is a true and correct copy of the Report of Richard W. Wirth, dated June 15, 2004.

11. Annexed hereto as Exhibit J are relevant portions of the deposition transcript of John W. Wills, pages 102-04 and 160.

12. Annexed hereto as Exhibit K are relevant portions of the deposition transcript of R. Michael Holt, pages 27-29, 103, 127-28, 142-43, 154 and 160.

13. Annexed hereto as Exhibit L are relevant portions of the deposition transcript of Richard W. Wirth, pages 34-35, 54-55, 64, 68-70, 72-73, 91-92, 124, 246 and 253-55.

14. Annexed hereto as Exhibit M is a true and correct copy of a letter from Leonard Brandt to George Holley, dated March 2, 1994, which was also annexed as Exhibit C to plaintiff's third amended Complaint.

15. Annexed hereto as Exhibit N is a true and correct copy of certain June 1, 2004 emails between Richard Wirth and Bruce DelMonico of Wiggin and Dana LLP, Bates labeled for identification as BRANDT 04379-80.

652263_1

16.     Annexed hereto as Exhibit O is a true and correct copy of a June 7, 2004 email from Richard Wirth to Bruce DelMonico of Wiggin and Dana LLP, Bates labeled for identification as BRANDT 04397-04400.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed: May 15, 2006

_____
Paul M. Brown

652263_1

## CERTIFICATION

      This is to certify that on May 15, 2006, a true copy of the foregoing Declaration was mailed via first class, postage prepaid, to:

> Edward W. Dunham, Esq.
> Jonathan Freiman, Esq,
> Wiggin & Dana LLP
> One Century Tower
> New Haven, Connecticut 06508-1832

                                                    Paul M. Brown (CT 23232)

652389_1