RETURN TO:

_K .Schutz_
**WIGGIN & DANA**
**P. O. BOX 1832**
**NEW HAVEN. CT 06508-1832**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONARD BRANDT, ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| v. ) | Docket No. 3:01 CV 1889 (SRU) |
| ) | |
| MIT DEVELOPMENT CORP., HOME ) | |
| DIAGNOSTICS, INC. GEORGE H. ) | |
| HOLLEY, AND JUDY CHENG SALEM, ) | |
| EXECUTRIX OF THE ESTATE OF ) | |
| ROBERT J. SALEM ) | |
| ) | |
| Defendants. ) | July 1, 2005 |
| ) | |

### PLAINTIFF'S AMENDED ANSWERS TO CERTAIN INTERROGATORIES

Plaintiff hereby amends his September 6, 2002, answers to two of Defendants' First Set

of Interrogatories:

**INTERROGATORY NO. 10:** Please state the precise amount of damages sought in the

Complaint, set forth all components of said damages and the amount of each component, explain

the manner in which each such amount was calculated, and identify each and every document

upon which you relied to calculate your answer to this interrogatory.

**RESPONSE:** On Count One, for breach of contract, Plaintiff seeks damages in the amount of

$10,475,306.00, pursuant to the Supplemental Expert Report of John W. Wills, CPA, dated

September 21, 2004 ("Wills Supplemental Report"), a copy of which is attached hereto as

Exhibit A. (The Wills Supplemental Report in turn reference the Expert Report of John. W.

Wills, CPA, dated June 15, 2004, a copy of which is attached as Exhibit B.) On Count Two, for

estoppel, Plaintiff seeks relief in the amount of $10,475,306.00, pursuant to the Wills

Supplemental Report. On Count Three, for unjust enrichment, Plaintiff likewise seeks relief in

the amount of $10,475,306.00, pursuant to the Wills Supplemental Report. On Count Four, for

fraud in the inducement, Plaintiff seeks damages in the amount of $10,475,306.00, pursuant to

the Wills Supplemental Report.

In addition, Plaintiff reserves the right to seek, pursuant to the Prayer for Relief,

attorney's fees, costs, disbursements, and punitive damages, the latter of which is a form of

"other and further relief" that the Court may find "just and appropriate" under the Connecticut

Wage Statute, Conn. Gen'l Stats. §§ 31-71 & 31-72, which permits a doubling of monetary relief

to a prevailing party.

In sum, Plaintiff reserves the right to seek relief in the amount of $20,950,612.00 (i.e., 2 x

$10,475,306.00), plus attorney's fees, costs and disbursements.


**INTERROGATORY NO. 11:** Please identify each and every person, business or other entity

with which you consulted to calculate your answer to Interrogatory No. 10 above.

**RESPONSE:** John W. Wills, CPA, of Dispute Analytics, LLC, whose reports are attached as

Exhibits A & B to this pleading.

**PLAINTIFF**
**LEONARD BRANDT**

By: _____
Edward Wood Dunham (ct05429)
Jonathan M. Freiman (ct24248)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
edunham@wiggin.com
jfreiman@wiggin.com

His Attorneys

3