AO 187 (Rev. 7/87) Exhibit and Witness List

Witness List

# United States District Court

DISTRICT OF Connecticut

Brandt
v.
MIT Dev. Corp.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:01 CV 1889

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| S.R. Underhill | Edward Dunham | Paul Brown |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/28/07 | S. Catucci | B. Sbalbi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 2/28/07 | | | George Holley – Norwalk, CT |
| ✓ | | 2/28/07 | | | Leonard Brandt (re: motion in limine factual issues) |
| ✓ | | 3/1/07 | | | George Holley cont'd |
| ✓ | | 3/1/07 | | | Mark Cabrera (video deposition) – Miami, Fla. |
| ✓ | | 3/5/07 | | | Mark Cabrera (video deposition) – cont'd |
| ✓ | | 3/5/07 | | | James Julian (video deposition excerpts) |
| ✓ | | 3/5/07 | | | James Corbett (video deposition) |
| ✓ | | 3/5/07 | | | Leonard Brandt – San Juan Capistrano, CA |
| | | 3/6/07 | | | " cont'd |
| ✓ | | 3/7/07 | | | John Wills (damages expert) – Arlington, VA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.