**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

March 14, 2007

Edward Wood Dunham, Esq.
Jonathan M. Freiman, Esq.
WIGGIN & DANA
P.O. Box 1832
New Haven,. CT  06508-1832

Re: Case Name: Brandt v MIT Development Corp, et al
    Number: 3:01cv1889 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

    Plaintiff's Exhibits 1-163

If they are not picked up by March 28, 2006 , they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

    Sincerely,

    Kevin F. Rowe, Clerk

    BY ___/s/_____
       Alice Montz
       203 579-5952
       Deputy Clerk

ACKNOWLEDGMENT: _____   DATE: _____