**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | **ELSIE MATA**<br>CHIEF DEPUTY CLERK<br><br>**CHRYSTINE CODY**<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

March 14, 2007

Paul M. Brown
Richard Roberts
NUZZO & ROBERTS
One Town Center
P.O. Box 747
Cheshire, CT 06410

        Re: Case Name: Brandt v Home Diagnostics, Inc., et al
                Number: 3:01cv1889 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

Defendant's Exhibits A-Z, AA-ZZ, AAA-SSS.

If they are not picked up by March 28, 2007, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

                              Sincerely,

                              Kevin F. Rowe, Clerk

                              BY __/s/_____
                                 Alice Montz
                                 203 579-5952
                                 Deputy Clerk

ACKNOWLEDGMENT:_____ DATE: _____