AO 187 (Rev. 7/87) Exhibit and Witness List

*Court Exhibits*

# United States District Court

*March 8, 2007*

DISTRICT OF Connecticut

## EXHIBIT AND WITNESS LIST

Brandt
v.
MIT Dev Corp

CASE NUMBER: 3:01CV1889

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| S.R. Underhill | Edward Dunham | Paul Brown |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 2/28/07 – | S. Catucci | B. Sbalbi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/28/07 | | | Letter from D. Parson (for ID only) |
| 2 | | " | | | Photograph of Holley's wedding gift to Brandt (for ID only) |
| 3 | | " | | | Letter to L. Brandt (for ID only) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages