UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONARD BRANDT, | : |
|     Plaintiff, | : Case No. 3:01-CV-1889 (SRU) |
| v. | : |
| MIT DEVELOPMENT CORP., HOME DIAGNOSTICS, INC, GEORGE H. HOLLEY, and JUDY CHENG SALEM, EXECUTRIX OF THE ESTATE OF ROBERT J. SALEM, | : |
| | : August 1, 2007 |
|     Defendants. | : |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), plaintiff Leonard Brandt hereby requests an extension of time until September 4, 2007, of the deadline for filing a Motion for Reconsideration of the Court's July 19, 2007 Ruling Regarding Disputed Settlement Terms ("Ruling"). In support of this Motion, the undersigned counsel represents:

1.    Since the Court issued the Ruling, Mr. Brandt has obtained new evidence of the actual economic value of the settlement that the Court ordered, which he believes demonstrates that the actual value of that settlement is dramatically less than $3 million. Mr. Brandt believes that requiring him to accept this dramatically reduced value in settlement of his claims is a wholly unintended consequence of the Ruling, and therefore wishes to bring this new evidence to the Court's attention via a Motion for Reconsideration.

2.    After extensive communications between Mr. Brandt and the undersigned counsel, the determination has been made that Mr. Brandt will retain new counsel to represent

him in further proceedings in this matter. It will obviously take Mr. Brandt time to identify and retain new counsel and for new counsel to become sufficiently familiar with the case to assist Mr. Brandt in the preparation and filing of a Motion for Reconsideration.

3. As the undersigned counsel reads Local Rule 7 and Rule 6(a) of the Federal Rules of Civil Procedure, assuming these provisions apply, the current deadline for filing a Motion for Reconsideration of the Ruling is August 2, 2007. Thirty days from August 2 is Saturday, September 1, and Monday, September 3 is Labor Day. That is why plaintiff is requesting an extension until Tuesday, September 4.

4. The undersigned counsel, has conferred with Paul Brown, defendants' lead counsel, to ascertain his position on this Motion. Mr. Brown advised me that his clients have directed him to object to the Motion.

5. This is the first motion for extension of time that plaintiff has filed with regard to a Motion for Reconsideration of the Ruling.

          PLAINTIFF
          LEONARD BRANDT

By: _____
    Edward Wood Dunham (ct05429)
    Jonathan M. Freiman (ct24248)
    WIGGIN AND DANA LLP
    One Century Tower
    P.O. Box 1832
    New Haven, CT 06508-1832
    (203) 498-4400
    (203) 782-2889 fax
    edunham@wiggin.com
    jfreiman@wiggin.com

    His Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2007, a copy of foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system. A copy of the foregoing document was also served by U.S. mail, postage prepaid, to:

Paul M. Brown
Aaron Zeissler
Satterlee, Stephens, Burke & Burke
230 Park Ave.
New York, NY  10169

Frederick L. Murolo
Richard A. Roberts
Nuzzo & Roberts
One Town Center
P.O. Box 747
Cheshire, CT  06410

                                                                Edward Wood Dunham

\16273\1\662870.1