08MAR07 Brandt.txt

953

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x

LEONARD BRANDT                    : No. 3:01CV-1889 (SRU)
                                  : 915 Lafayette Boulevard
        vs.                       : Bridgeport, Connecticut
                                  :
                                  : March 8, 2007
HOME DIAGNOSTICS, INC., ET AL     :

- - - - - - - - - - - - - - - - x

                  SETTLEMENT

B E F O R E:

    THE HONORABLE STEFAN R. UNDERHILL, U. S. D. J.

A P P E A R A N C E S:

    FOR THE PLAINTIFF:

        WIGGIN & DANA
            One Century Tower
            P.O. Box 1832
            New Haven, Connecticut 06510
        BY: EDWARD WOOD DUNHAM, ESQ.
            JONATHAN M. FREIMAN, ESQ.

    FOR THE DEFENDANTS:

        SATTERLEE, STEPHENS, BURKE & BURKE
            230 Park Avenue
            New York, N. Y.  10169
        BY: PAUL M. BROWN, ESQ.
            JUSTIN KLEIN, ESQ.


              Susan E. Catucci, RMR
              Official Court Reporter
              915 Lafayette Boulevard
            Bridgeport, Connecticut  06604
                 Tel: (917) 703-0761

0

954

 1                  (9:35 O'CLOCK, A. M.)

 2          THE COURT:  How did you make out last night?

                        Page 1

08MAR07 Brandt.txt

3    it was accurate. Jack's voice sort of went in and out a
4    little but everything I heard I think was accurate.
5        MR. DUNHAM: And, Len, I'll just tell you that
6    what I just reported on the record was entirely consistent
7    with several conversations that you and I had earlier this
8    morning by phone.
9        THE COURT: All right. What I'd like to do
10   now --
11       MR. BROWN: May I add one thing, Judge? I don't
12   mean to interrupt.
13       THE COURT: Sure.
14       MR. BROWN: You did ask me before --
15       THE COURT: Just use the mic, if you would.
16       MR. BROWN: You did ask me before about
17   Mr. Roberts.
18       MR. BRANDT: I can really not hear that
19   unfortunately. I can hear you, Judge Underhill,
20   excellently.
21       THE COURT: Okay.
22       MR. BRANDT: But these are very possible --
23       MR. BROWN: You asked me before about Judge
24   Roberts (sic).
25       THE COURT: Can you hear now?

                                                                969

1        MR. BRANDT: I'll try to give it a shot.
2        MR. BROWN: I spoke to Mr. Roberts today and
3    explained to him, a little while ago, what the overall
4    terms were, and although he has not spoken to Judy Salem,
5    the executrix, the last several days, he knows that George
6    Holley has been speaking to her and if she is agreeable to
7    this settlement, that's fine with him. And I know that
                        Page 14

08MAR07 Brandt.txt

8   Mr. Holley spoke with Ms. Salem this morning and that she
9   has even contacted her tax attorney to find about the tax
10  consequences. So I think whatever is represented here is
11  accurate.
12          THE COURT: Very good. All right.
13          MR. BRANDT: Judge?
14          THE COURT: Yes.
15          MR. BRANDT: Just a second?
16          THE COURT: Sure.
17          MR. BRANDT: It would help me greatly, because I
18  can hear you so well, if you could summarize the gist of
19  what was just said. And they would also hear that, would
20  prove that your understanding, their understanding and
21  everyone's understanding is the same. A summary may be
22  helpful not just for me but everybody.
23          THE COURT: Okay. In summary, as I understand
24  it, the parties have agreed to settle this case in its
25  entirety, including the pending appeal of my ruling

970

1   concerning the Salem estate. The terms of that settlement
2   are in essence that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  * Redacted *
4   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
5   ▮▮▮▮▮▮
6   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10  ▮▮▮▮▮▮ to withdraw claims against HDI, Mr. Holley, as  * Redacted *
11  well as the pending appeal concerning the Salem estate.



Page 15

08MAR07 Brandt.txt

12    All parties, and I'm assuming at this point that
13 includes the Salem estate but someone can tell me if
14 that's not right, will exchange mutual general releases,
15 meaning everybody's releasing everybody else from whatever
16 claims they may have through the day of the release.
17    There are various details to work out concerning
18 the stock that's going to be transferred as part of the
19 settlement amount. Those issues were not detailed just
20 now in any great detail but they include issues such as
21 the ability to sell the stock, what restrictions there may
22 be on that stock, et cetera.
23    Finally, if there are details of the settlement
24 that cannot be resolved, for example, if the parties
25 cannot agree on the terms of the general releases, if the

971

1 parties cannot agree on the details concerning the
2 transfer of stock, the parties will come here, I will
3 attempt to resolve those disputes informally.
4    If that informal process does not work, the
5 parties are all authorizing me to act as an, in effect a
6 binding mediator and to impose a decision on the areas of
7 dispute concerning the details of the settlement.
8    So, in sum, that's my understanding of the
9 settlement and counsel can correct me or fill me in if
10 I've missed something.
11    MR. DUNHAM: Your Honor, I think that was an
12 entirely accurate summary.
13    MR. BROWN: I agree, Your Honor.
14    THE COURT: All right. Mr. Brandt, did you
15 follow everything that I said?
16    MR. BRANDT: I did. That was an excellent

Page 16

08MAR07 Brandt.txt

17  summary, an excellent hearing, so I understood every word.
18       THE COURT: So, let me ask you this: Are you
19  agreeing to the settlement terms that I just outlined?
20       MR. BRANDT: Yes.
21       THE COURT: All right. And let me now turn to
22  Mr. Holley and ask him on behalf of himself as well as on
23  behalf of HDI as its representative: Mr. Holley, are you
24  agreeing to the terms that I just outlined?
25       MR. HOLLEY: Yes, I am.

                                                         972

1        THE COURT: Both for yourself and for the
2   company?
3        MR. HOLLEY: Yes, I am.
4        THE COURT: All right. And did you want to make
5   any representations concerning statements that have been
6   made to you by the executrix of the Salem estate about
7   whether the estate will also agree to those terms?
8        MR. HOLLEY: The Salem estate has told me they
9   will participate in the settlement, although they did not
10  hear the full terms of what we discussed today.
11       THE COURT: All right. Mr. Brandt, what
12  Mr. Holley just said was that the estate has informed him
13  that they will participate in the settlement although they
14  have not heard all of the terms that have been outlined
15  today.
16       MR. BRANDT: So are we dependent on the -- does
17  this settlement understanding that we are trying to reach
18  today depend a further conversation?
19       THE COURT: Well, that's a good question. Let
20  me ask Mr. Holley on behalf of himself and HDI, in the

Page 17