UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x

| | |
|---|---|
| LEONARD BRANDT, | : |
| Plaintiff, | : Civil Action No.: |
| | 3:01-1889 (SRU) |
| - against - | : |
| | **NOTICE OF MOTION** |
| HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY, | : **TO ENFORCE** |
| AND JUDY CHENG SALEM, EXECUTRIX OF THE | **SETTLEMENT AGREEMENT** |
| ESTATE OF ROBERT J. SALEM, | : |
| Defendants. | : January 17, 2008 |

------------------------------x

PLEASE TAKE NOTICE, that upon the Declaration of Paul M. Brown, executed on January 16, 2008, with annexed exhibits, the accompanying Memorandum of Law, and all prior proceedings and pleadings herein, defendants will move this Court, before the Honorable Stefan R. Underhill, United States District Judge, United States Courthouse, District of Connecticut, 915 Lafayette Boulevard, Bridgeport, CT 06604, at a time and place to be set by the Court, for an Order: (i) enforcing the terms of the binding settlement agreement that the parties reached in open court on March 8, 2007; (ii) compelling Brandt to comply with the Settlement Agreement and the Court's Second and Third Rulings Regarding Disputed Settlement Terms which Brandt has violated and continues to violate; (iii) holding Brandt in civil contempt of court and awarding to Defendants the costs, attorney's fees and expenses incurred by Defendants in attempting to enforce the Settlement Agreement and the Court's Second and Third Rulings Regarding Disputed Settlement Terms; and (iv) granting such other relief that the Court deems just, proper and equitable.

719100_1

Dated: New York, New York
       January 17, 2008

SATTERLEE STEPHENS BURKE & BURKE LLP

By: /s/ *illegible signature*
    Paul M. Brown (CT 23232)
    Aaron M. Zeisler (admitted *pro hac vice*)
    Justin Klein (admitted *pro hac vice*)
*Attorneys for Defendants*
230 Park Avenue
New York, New York 10169
(212) 818-9200
(203) 818-9606 fax

2

719100_1

## **CERTIFICATION**

        This is to certify that on January 17, 2008, a copy of the foregoing document was filed electronically. A true copy of the foregoing was also mailed via first class U.S. mail, postage prepaid, to:

        Leonard Brandt
        28911 Via Hacienda
        San Juan Capistrano, CA 92675

        _____
        Justin E. Klein

719100_1