## Aaron Zeisler

**From:** Dunham, Edward W. [edunham@wiggin.com]
**Sent:** Thursday, March 08, 2007 3:06 PM
**To:** Ryan Elizabeth; Freiman, Jonathan; Paul M. Brown; Aaron Zeisler; fmurolo@nuzzo-roberts.com; rroberts@nuzzo-roberts.com
**Subject:** RE: Leonard Brandt v. MIT Development Corp., et al.

We have resolved this matter, so there is no need for anything further, but thanks for asking.

> -----Original Message-----
> **From:** Ryan Elizabeth [mailto:eryan@jamsadr.com]
> **Sent:** Thursday, March 08, 2007 2:46 PM
> **To:** Ryan Elizabeth; Dunham, Edward W.; Freiman, Jonathan; pbrown@ssbb.com; azeisler@ssbb.com; fmurolo@nuzzo-roberts.com; rroberts@nuzzo-roberts.com
> **Subject:** RE: Leonard Brandt v. MIT Development Corp., et al.
>
> Good afternoon, Counsel.
>
> Please let me know if you would like for me to email you the updated availability of potential mediators.
>
> Regards,
> Elizabeth
>
>  **Elizabeth Ryan**
> Case Manager
> JAMS, *The Resolution Experts*
> 45 Broadway, 28th Floor
> New York, NY 10006
> Email: eryan@jamsadr.com
> 212.607.2711 (Direct Dial)
> 212.751.4099 (Facsimile)
> Need a commercial ADR clause? Click below:
> http://www.jamsadr.com/rules/clauses.asp
>
> **From:** Ryan Elizabeth
> **Sent:** Wednesday, February 21, 2007 3:33 PM
> **To:** 'Dunham, Edward W.'; Freiman, Jonathan; pbrown@ssbb.com; azeisler@ssbb.com; fmurolo@nuzzo-roberts.com; rroberts@nuzzo-roberts.com
> **Subject:** RE: Leonard Brandt v. MIT Development Corp., et al.
>
> Good afternoon, Counsel.
>
> Please let me know if there is anything that I can do assist.
>
> Regards,
> Elizabeth