# Aaron Zeisler

| | |
|---|---|
| **From:** | Justin E. Klein |
| **Sent:** | Wednesday, January 16, 2008 6:22 PM |
| **To:** | Aaron Zeisler |
| **Subject:** | FW: Summary of ECF Activity |

```
-----Original Message-----
From: CMECF@ctd.uscourts.gov
Date: Tuesday, Aug 21, 2007 12:02 am
Subject: Summary of ECF Activity
To: CMECF@ctd.uscourts.gov

Activity has occurred in the following cases:

3:01-cv-01889-SRU Brandt v. MIT Dev. Corp., et al
  Order on Motion for Extension of Time    &nbsp 238


Docket Text:
ELECTRONIC ENDORSEMENT ORDER denying [236] Motion for Extension of Time.  The parties
agreed that I would act as a binding mediator and impose a final decision of the open
issues.  That agreement does not contemplate a motion to reconsider the mediation ruling.
Signed by Judge Stefan R. Underhill on 8/20/07. (Sbalbi, B.)
```

1