UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x

LEONARD BRANDT, :

    Plaintiff, : Civil Action No.:
: 3:01-1889 (SRU)
    - against - :

HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY, :
and JUDY CHENG SALEM, EXECUTRIX OF THE
ESTATE OF ROBERT J. SALEM, :

    Defendants. : January 17, 2008
---------------------------------x

### CERTIFICATION

    This is to certify that on January 17, 2008 a copy of the declaration of Paul M. Brown with annexed exhibits was filed electronically. A true copy was also mailed via first class U.S. mail, postage prepaid, to:

        Leonard Brandt
        Plaintiff
        28911 Via Hacienda
        San Juan Capistrano, CA   92675

                      /s/
                      Justin E. Klein

719152_1