UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONARD BRANDT | : | Civil Action No. 3:01-CV-01889 (SRU) |
| Plaintiff | : | |
| v. | : | |
| MIT DEVELOPMENT CORP., HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY, and JUDY CHENG SALEM, EXECUTRIX OF THE ESTATE OF ROBERT J. SALEM | : | |
| Defendants | : | JANUARY 18, 2008 |

## APPEARANCE

Please enter the appearance of the undersigned for the Plaintiff, Leonard Brandt.

PLAINTIFF:
LEONARD BRANDT

By _____
Thomas J. Rechen
Federal Bar No. ct03385
Pepe & Hazard LLP
His Attorneys
225 Asylum Street
Hartford, CT  06103-4302
Tel. 860-522-5175
Fax 860-522-2796
trechen@pepehazard.com

TJR/33764/2/838803v1
01/17/08-HRT/

## CERTIFICATION

I hereby certify that on January 18, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**COUNSEL FOR HOME DIAGNOSTICS, INC.**
**and GEORGE H. HOLLEY**
Aaron M. Zeisler, Esq.
Paul M. Brown, Esq.
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
New York, NY   10169
Tel.: 212.404.8737
Fax: 212.818.9606
Email: azeisler@ssbb.com

Frederick L. Murolo, Esq.
Murolo & Murolo LLC
288 Highland Avenue
Cheshire, CT   06410
Tel: 203.272.2099
Fax: 203.272.2659
Email: fmurolo@murololaw.com

Richard A. Roberts, Esq.
Nuzzo & Roberts
One Town Center
P. O. Box 747
Cheshire, CT   06410
Tel: 203.250.2000
Fax: 203.250.3131
Email: rroberts@nuzzo-roberts.com

Thomas J. Rechen