UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONARD BRANDT | : Civil Action No. 3:01-CV-01889 (SRU) |
| Plaintiff | : |
| v. | : |
| MIT DEVELOPMENT CORP., HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY, and JUDY CHENG SALEM, EXECUTRIX OF THE ESTATE OF ROBERT J. SALEM | : |
| Defendants | : JANUARY 18, 2008 |

**MOTION FOR EXTENSION OF TIME TO FILE MOTION TO REOPEN CASE**

Plaintiff, Leonard Brandt ("Brandt"), hereby moves for an extension of time in the amount of three (3) days until Friday, January 25, 2008, within which to file his motion to reopen the above-captioned case. In support hereof, Brandt represents as follows:

1.  As set forth in this Court's Third Ruling Regarding Disputed Settlement Terms dated December 7, 2007, Brandt was to accept and fulfill the settlement terms discussed with the Court on December 6, 2007, or file a motion to reopen this case. Brandt was to notify the Court in writing of his choice no later than December 13, 2007.

2.  By letter dated December 12, 2007, Brandt advised the Court of his intention to move to reopen the case and to retain new counsel to do so. He further requested until Tuesday, January 22, 2008, within which to file his motion.

3.  The undersigned counsel was retained on January 9, 2008. Thereafter, the undersigned contacted Attorneys Edward Dunham and Kevin Kennedy of Wiggin & Dana LLP

and began to make arrangements for an orderly transfer of relevant portions of Brandt's file (including transcripts, pleadings, and correspondence). Wiggin & Dana moved expeditiously to provide the requested portions of the file and that transition was completed earlier this week on Tuesday, January 15, 2008.

4. The portions of the file that have been transferred are voluminous (in excess of 2,500 pages) and the facts and circumstances surrounding this case and the efforts to settle the matter are complex. The undersigned is working diligently with Brandt and his California counsel to prepare a proper motion to reopen this case, but some additional time beyond January 22, 2008 is needed to do so. The undersigned requests an extension in the amount of three (3) days from Tuesday, January 22, 2008 until Friday, January 25, 2008 within which to make the filings contemplated by the Court's Third Ruling Regarding Disputed Settlement Terms dated December 7, 2007.

5. This is Brandt's first motion for extension of time with respect to the filing of a motion to reopen the above-captioned case.

6. The undersigned has discussed whether there is any objection to this motion with Attorney Paul M. Brown, who represents Defendants Home Diagnostics, Inc. and George H. Holley. Attorney Brown objects to this motion for extension of time.

7. The undersigned has left a message for Attorney Richard A. Roberts, who represents the Estate of Robert J. Salem, Home Diagnostics, Inc. and George H. Holley. As of the filing of this motion the undersigned has not been able to determine whether Attorney Roberts consents or objects to this motion for extension of time.

8. The undersigned has left a message for Attorney Frederick L. Murolo, who is believed to represent Home Diagnostics and George H. Holley. As of the filing of this motion the undersigned has not been able to determine whether Attorney Murolo consents or objects to this motion for extension of time.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that this Motion for Extension of Time be granted.

PLAINTIFF:
LEONARD BRANDT

By _____
Thomas J. Rechen
Federal Bar No. ct03385
Pepe & Hazard LLP
His Attorneys
225 Asylum Street
Hartford, CT 06103-4302
Tel. 860-522-5175
Fax 860-522-2796
trechen@pepehazard.com

## CERTIFICATION

I hereby certify that on January 18, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**COUNSEL FOR HOME DIAGNOSTICS, INC.**
**and GEORGE H. HOLLEY**
Aaron M. Zeisler, Esq.
Paul M. Brown, Esq.
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
New York, NY   10169
Tel.: 212.404.8737
Fax: 212.818.9606
Email: azeisler@ssbb.com
Email: pbrown@ssbb.com   (sent via e-mail)

Frederick L. Murolo, Esq.
Murolo & Murolo LLC
288 Highland Avenue
Cheshire, CT  06410
Tel: 203.272.2099
Fax: 203.272.2659
Email: fmurolo@murololaw.com

Richard A. Roberts, Esq.
Nuzzo & Roberts
One Town Center
P. O. Box 747
Cheshire, CT   06410
Tel: 203.250.2000
Fax: 203.250.3131
Email: rroberts@nuzzo-roberts.com

Thomas J. Rechen

TJR/33764/2/838991v1
01/18/08-HRT/

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONARD BRANDT | : | Civil Action No. 3:01-CV-01889 (SRU) |
| Plaintiff | : | |
| v. | : | |
| MIT DEVELOPMENT CORP., HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY, and JUDY CHENG SALEM, EXECUTRIX OF THE ESTATE OF ROBERT J. SALEM | : | |
| Defendants | : | JANUARY ____, 2008 |

## [PROPOSED] ORDER

This Court having considered the Motion for Extension of Time to File Motion to Reopen Case, finds that the Motion should be GRANTED.

Signed at Bridgeport, Connecticut this _____ day of January, 2008.

_____
HONORABLE STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE

TJR/33764/2/838991v1
01/18/08-HRT/