UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONARD BRANDT | : Civil Action No. 3:01-CV-01889 (SRU) |
| Plaintiff | : |
| v. | : |
| MIT DEVELOPMENT CORP., HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY, and JUDY CHENG SALEM, EXECUTRIX OF THE ESTATE OF ROBERT J. SALEM | : |
| Defendants | : JANUARY 25, 2008 |

## DECLARATION OF THOMAS J. RECHEN

I, Thomas J. Rechen, do on oath declare as follows:

1. I am above the age of 18 years and believe in and understand the obligations of an oath.

2. I am counsel to Plaintiff Leonard Brandt ("Brandt") in the above-captioned action.

3. I am a partner at the law firm of Pepe & Hazard LLP, and I make this Declaration based upon my review of documents provided to me by Plaintiff, Leonard Brandt, and documents produced to me to date by the law firm of Wiggin & Dana LLP.

4. Attached hereto as Exhibit A is a true and accurate copy of the transcript of proceedings before the Court on March 8, 2007 in the above-captioned action.

5. Attached hereto as Exhibit B is a true and accurate copy of the transcript of proceedings before the Court on October 31, 2007 in the above-captioned action.

6.  Attached hereto as Exhibit C is a true and accurate copy of the transcript of proceedings before the Court on December 6, 2007 in the above-captioned action.

7.  Attached hereto as Exhibit D is a true and accurate copy of an Order issued by the Court on March 15, 2007 in the above-captioned action.

8.  Attached hereto as Exhibit E is a true and accurate copy of a letter dated April 2, 2007 from Attorney Edward Wood Dunham ("Attorney Dunham") to Attorney Paul Brown ("Attorney Brown").

9.  Attached hereto as Exhibit F is a true and accurate copy of a letter dated April 16, 2007 from Attorney Brown to Attorney Dunham.

10. Attached hereto as Exhibit G are true and accurate copies of two e-mails. The first e-mail, dated May 6, 2007, is from Attorney Dunham to Attorney Brown with copies to Jonathan Freiman, Rachel L. Celano, and Mark Kaduboski. The second e-mail, dated May 7, 2007, is from Attorney Brown to Attorney Dunham.

11. Attached hereto as Exhibit H is a true and accurate copy of a Conference Memorandum issued by the Court on May 16, 2007 in the above-captioned action.

12. Attached hereto as Exhibit I is a true and accurate copy of a letter dated May 24, 2007 from Attorney Brown to the Honorable Stefan R. Underhill.

13. Attached hereto as Exhibit J is a true and accurate copy of a letter dated May 29, 2007 from Attorney Dunham to the Honorable Stefan R. Underhill.

14. Attached hereto as Exhibit K is a true and accurate copy of this Court's Ruling Regarding Disputed Settlement Terms dated July 19, 2007 in the above-captioned action.

15. Attached hereto as Exhibit L is a true and accurate copy of an e-mail dated July 26, 2007 from Attorney Brown to Attorney Dunham. Attached to the e-mail is a true and accurate copy of the Agreement and Mutual Release referred to in the e-mail.

16. Attached hereto as Exhibit M is a true and accurate copy of Plaintiff Brandt's Motion for Extension of Time dated August 1, 2007.

17. Attached hereto as Exhibit N is a true and accurate copy of the Order from the Court denying Brandt's Motion for Extension of Time.

18. Attached hereto as Exhibit O is a true and accurate copy of a letter dated September 4, 2007 from Attorney Brown to the Honorable Stefan R. Underhill, together with the attachments that accompanied the letter.

19. Attached hereto as Exhibit P is a true and accurate unsigned copy of a letter dated September 14, 2007 from Plaintiff Brandt to the Honorable Stefan R. Underhill.

20. Attached hereto as Exhibit Q is a true and accurate copy of this Court's Ruling Regarding Disputed Settlement Terms dated October 31, 2007 in the above-captioned action.

21. Attached hereto as Exhibit R is a true and accurate copy of a letter dated November 15, 2007 from Plaintiff Brandt to Attorney Brown and Attorney Richard A. Roberts ("Attorney Roberts"), together with copies of the general releases proposed by Brandt to comply with the Court's October 31, 2007 Ruling Regarding Disputed Settlement Terms.

22. Attached hereto as Exhibit S is a true and accurate copy of a letter dated November 16, 2007 from Attorney Aaron M. Zeisler ("Attorney Zeisler") to the Honorable Stefan R. Underhill.

23. Attached hereto as Exhibit T is a true and accurate unsigned copy of a letter dated December 5, 2007 from Plaintiff Brandt to Attorney Zeisler and Attorney Roberts.

24. Attached hereto as Exhibit U is a true and accurate copy of this Court's Third Ruling Regarding Disputed Settlement Terms dated December 7, 2007 in the above-captioned action.

25. Attached hereto as Exhibit V is a true and accurate unsigned copy of a letter dated December 12, 2007 from Plaintiff Brandt to the Honorable Stefan R. Underhill.

26. Attached hereto as Exhibit W is a true and accurate copy of *Stratman v. Babbitt*, 1994 U.S. App. LEXIS 34365 (9th Cir. 1994) (unpublished decision).

The foregoing is true and accurate to the best of my knowledge, information and belief.

Dated at Hartford, Connecticut this 25th day of January, 2008.

Thomas J. Rechen

STATE OF CONNECTICUT    )
                        )    SS: HARTFORD    January 25, 2008
COUNTY OF HARTFORD      )

On this the 25th day of January, 2008, personally appeared before me the undersigned, Thomas J. Rechen, signer of the foregoing Declaration, and made solemn oath to the truth of this Declaration, that it was executed as his free act and deed, and that the above facts were true to the best of his knowledge.

IN WITNESS WHEREOF I hereunto set my hand.

Cathy Hanrahan Ouellette
Notary Public
My Commission Expires:

CATHY HANRAHAN OUELLETTE
NOTARY PUBLIC
MY COMMISSION EXPIRES FEB. 28, 2010