

# NUZZO &
# ROBERTS, L.L.C.
LAW    OFFICES

ANTHONY NUZZO, JR.
RICHARD A. ROBERTS
DAVID J. WEIL
JANE S. BIETZ
ROBERT J. CHOMIAK, JR.
NICOLE C. DABEKIS CHOMIAK
JANE M. CARLOZZI
MICHELE C. CAMEROTA
JENNIFER J. CAVALIER
AMBER J. BRANCIFORTE
NADINE M. PARE
ANGELINE N. IOANNOU
KEVIN C. HINES
JASON K. MATTHEWS
JAMES R. FIORE
EILEEN M. LAWLOR
TODD J. RICHARDSON
PATRICIA M. GIRARD
STACEY L. PITCHER
STEPHEN J. LEARY
KELLY B. GAERTNER
RYAN W. SCULLY
MICHAEL F. AUGER

2008 FEB 25  A 9: 52

February 21, 2008

<u>VIA FACSIMILE & REGULAR MAIL</u>
Honorable Stefan R. Underhill
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

  Re: Docket No. 3:01cv1889 (SRU)
     Leonard J. Brandt v. MIT Development Corp., et al

Dear Judge Underhill:

The Estate of Robert J. Salem adopts the position and arguments set forth by the co-defendants in their Motion to Enforce the Settlement and Memorandum in Support thereof, dated January 17, 2008, and their Memorandum of Law in Opposition to Brandt's Motion to Vacate Certain Orders and Rulings and to Reopen the Case and In Further Support of the Motion to Enforce the Settlement, dated February 15, 2008.

Although not now technically a defendant in this case, The Estate of Robert J. Salem has an interest in the outcome of the motions because the global settlement agreement has never been consummated.

Very truly yours,

NUZZO & ROBERTS, L.L.C.

*[signature]*

Richard A. Roberts

RAR/nr

 cc: Paul M. Brown, Esquire
   Aaron Zeisler, Esq.
   Thomas J. Rechen, Esq.

\\dfp\nuzzo\wp\419021\001\Let Judge Underhill 2 21 08.doc

ONE TOWN CENTER
P.O. BOX 747
CHESHIRE, CONNECTICUT 06410
TELEPHONE (203) 250-2000
FAX (203) 250-3131
www.nuzzo-roberts.com