UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONARD BRANDT | : Civil Action No. 3:01-CV-01889 (SRU) |
| Plaintiff | : |
| v. | : |
| MIT DEVELOPMENT CORP., HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY, and JUDY CHENG SALEM, EXECUTRIX OF THE ESTATE OF ROBERT J. SALEM | : |
| Defendants | : MARCH 7, 2008 |

**PLAINTIFF, LEONARD BRANDT'S MOTION TO STAY RULING
AND TO FILE A SUPPLEMENTAL MEMORANDUM OF LAW**

Plaintiff, Leonard Brandt respectfully moves this Court to stay any ruling on (i) Defendants' Motion to Enforce Settlement Agreement dated January 17, 2008, and (ii) Plaintiff's Motion for Relief dated January 25, 2008, which motions were the subject of oral argument before the Court on February 28, 2008. Plaintiff further respectfully requests permission to file a supplemental memorandum of law challenging: (i) this Court's Article III authority to conduct any private arbitration or mediation, and (ii) the Court's subject matter jurisdiction to conduct or hold any proceedings regarding the resulting award, to confirm that award, or to enforce that award. Alternatively, Plaintiff will request that the Court recuse itself from any further proceedings on the ground that it cannot entertain any motions seeking to confirm or enforce its own arbitration award. Plaintiff respectfully requests until and through Tuesday, March 11, 2008 to file its supplemental memorandum.

**ORAL ARGUMENT NOT REQUESTED**

TJR/33764/2/844327v1
03/07/08-HRT/

In support hereof, Plaintiff represents as follows:

1. Pending before the Court are the following motions:

- Defendants Home Diagnostics, Inc.'s ("HDI") and George H. Holley's ("Holley") Motion to Enforce Settlement Agreement dated January 17, 2008.

- Plaintiff Leonard Brandt's ("Brandt") Motion for Relief From :(i) The Court's March 15, 2007 Order; (ii) The Parties' Report of an Agreement In Principle to Settle on March 8, 2007; and (iii) The Court's July 19 and October 31, 2007 Rulings Regarding Disputed Settlement Terms; and to Reopen the Case and for a New Trial.

(collectively the "Pending Motions").

2. The Court heard oral argument concerning both motions on Thursday, February 28, 2008.

3. Since oral argument, it has come to the attention of the undersigned counsel for Brandt that the Court may have lacked the authority to conduct any private arbitration or mediation proceedings and, further, that it lacks subject matter jurisdiction to confirm or otherwise enforce any resulting arbitration or mediation award. *See DDI Seamless Cylinder, Int'l, Inc. v. General Fire Extinguisher Corp.*, 14 F.3d 1163 (7th Cir. 1994); *Diagnostic Radiology Assocs., P.C. v. Jeffrey M. Brown, Inc.*, 193 F.R.D. 193 (S.D.N.Y. 2000); *Ovadiah v. New York Assn. for New Americans*, 1997 WL 342411 (S.D.N.Y. June 23, 1997) (copy attached as **Exhibit A**); *Hameli v. Nazario*, 930 F. Supp. 171 (D. Del. 1996); Code of Conduct for United States Judges, Canon 5(E). Further, counsel now believes, based on *DDI Seamless Cylinder*, that even if the Court had the legal authority to serve as an arbitrator, it cannot now entertain motions to confirm or enforce its own award.

2

4. Because the undersigned counsel for Brandt understands that a decision on the pending motions may be imminent, the undersigned wanted to bring these subject matter jurisdictional issues to the Court immediately, and to request a stay of the issuance of any order, decision or ruling until Brandt has had an opportunity to properly brief these matters, and the Court has had an opportunity to consider these serious issues.

5. Brandt will be able to file his supplemental memorandum of law on Tuesday, March 11, 2008.

WHEREFORE, for the foregoing reasons, Plaintiff Leonard Brandt respectfully requests a stay of any ruling on the Pending Motions, and requests until Tuesday, March 11, 2008 to file his supplemental memorandum of law challenging the Court's subject matter jurisdiction with respect to the private arbitration/mediation proceedings conducted by the Court, the resulting award, and the continued proceedings thereon, and alternatively, requesting that the Court recuse itself from any further proceedings concerning the award.

RESPECTFULLY SUBMITTED,
PLAINTIFF:
LEONARD BRANDT

By _____
Thomas J. Rechen
Federal Bar No. ct03385
Pepe & Hazard LLP
His Attorneys
225 Asylum Street
Hartford, CT 06103-4302
Tel. 860-522-5175
Fax 860-522-2796
trechen@pepehazard.com

## CERTIFICATION

I hereby certify that on March 7, 2008, a copy of the foregoing was filed electronically.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**COUNSEL FOR HOME DIAGNOSTICS, INC.**
**and GEORGE H. HOLLEY**
Aaron M. Zeisler, Esq.
Paul M. Brown, Esq.
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
New York, NY 10169
Tel.: 212.404.8737
Fax: 212.818.9606
Email: azeisler@ssbb.com
Email: pbrown@ssbb.com (sent via e-mail)

Richard A. Roberts, Esq.
Nuzzo & Roberts
One Town Center
P. O. Box 747
Cheshire, CT 06410
Tel: 203.250.2000
Fax: 203.250.3131
Email: rroberts@nuzzo-roberts.com

*/s/ Thomas J. Rechen*