## Aaron Zeisler

| | |
|---|---|
| **From:** | Len Brandt [lbrandt@cnsresponse.com] |
| **Sent:** | Tuesday, November 27, 2007 1:15 PM |
| **To:** | Aaron Zeisler |
| **Cc:** | 'Roberts, Richard'; Paul M. Brown |
| **Subject:** | RE: Brandt - court conference |

Mr. Ziesler,
I have attached a copy of the signed dismissal of Salem appeal that yesterday you stated neither your office or Mr. Roberts' office received. The signed version is in the envelope that Mr. Roberts' office had sent me with the address label filled out by his office.

Regarding scheduling the phone call with Judge Underhill next week, I can be available at anytime on Wednesday and also until 10am PDT on Tuesday. I will be available at 3pm PDT, but suspect that is too late for each of you on the E. Coast. Monday's availability is only until 9:30 am PDT as I will be unintelligible after that due to novocaine.

As the clerk has contacted you about scheduling this, I will leave it to you to coordinate. Please let me know if I can be of any other help in scheduling this.

Len Brandt

**From:** Aaron Zeisler [mailto:azeisler@ssbb.com]
**Sent:** Monday, November 26, 2007 5:03 PM
**To:** Len Brandt
**Cc:** Roberts, Richard; Paul M. Brown
**Subject:** RE: Brandt - court conference

O.k.  Please let me know your availability on Monday, Tuesday and Wednesday of next week, as soon as possible, so that we can confirm a date and time with the Court.

Aaron

-----Original Message-----
**From:** Len Brandt [mailto:lbrandt@cnsresponse.com]
**Sent:** Monday, November 26, 2007 7:39 PM
**To:** Aaron Zeisler
**Cc:** 'Roberts, Richard'; Paul M. Brown
**Subject:** RE: Brandt - court conference

Mr. Zeisler,

I do have an obligation out of my office this Friday.  I will do my best to be available the following week. Unfortunately, I am having a small computer glitch that isn't allowing me to get into my calendar right now. Still, I thought it best to get you this note right away and not wait for my computer fix.

Len Brandt

**From:** Aaron Zeisler [mailto:azeisler@ssbb.com]
**Sent:** Monday, November 26, 2007 2:09 PM
**To:** lbrandt@cnsresponse.com

**Cc:** Roberts, Richard; Paul M. Brown
**Subject:** Brandt - court conference

Dear Mr. Brandt,

As you and I just discussed by telephone, please indicate whether or not you are available after 4:30 pm on Friday (EST) for a conference call with the Court.  Rick Roberts is available at 4:45 pm, EST (1:45 pm California time), and we would like to secure that time with the Court if you are available.  Please advise.

Also, contrary to your letter of November 21, I did not receive a copy of the dismissal of the appeal against the Estate.  Mr. Robert's office informed me that they have not received a copy either.  Please check your records and confirm.

My fax information is listed below.

Aaron

Aaron M. Zeisler, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169
Dir: (212) 404-8737
Fax: (212) 818-9606

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.