# EXHIBIT 2



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONARD BRANDT | : Civil Action No. 3:01-CV-01889 (SRU) |
| Plaintiff | : |
| v. | : |
| MIT DEVELOPMENT CORP., HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY, and JUDY CHENG SALEM, EXECUTRIX OF THE ESTATE OF ROBERT J. SALEM | : |
| Defendants | : MARCH 11, 2008 |

## DECLARATION OF LEONARD BRANDT

I, Leonard Brandt, do on oath declare as follows:

1. I am over the age of 18 years and believe in and understand the obligations of an oath.

2. I am the Plaintiff in the above-captioned action.

3. I provide this Affidavit in response to Defendants' Reply Memorandum of Law in Further Support of a Finding of Contempt and Sanctions dated March 7, 2008 ("Defendants' Reply Memorandum").

4. In Defendants' Reply Memorandum they characterize as a false factual statement my position that the dismissal of the appeal as to the Salem Estate was to be held in escrow pending completion of the settlement terms. However, as set forth below, that was my understanding based on what I was told by Attorney Aaron Zeisler, counsel for Defendants George H. Holley and Home Diagnostics, Inc..

TJR/33764/2/844706v1
03/11/08-HRT/

5. On November 26, 2007 I received a call on my cell phone from Attorney Zeisler while I was in the airport with my family returning from a Thanksgiving holiday. Attorney Zeisler told me that the Defendants could not accept the general release that I had signed and sent to them. He told me that the Defendants wanted to set up a time with the Court for a conference call to address the release with Judge Underhill, and wanted to know if I was available on Friday, November 30, 2007. I told him I would check my calendar when I returned home, and that I would let him know if I was available.

6. During the telephone call I asked Attorney Zeisler if the Defendants were going to send me the money and stock. He said no. He told me that the money and stock were already in escrow, and the Defendants were waiting for my dismissal of the Salem Appeal. When I told Attorney Zeisler that I had already signed the dismissal papers and had mailed them to Attorney Roberts, Attorney Zeisler stated that they would be placed escrow when they were received. I thanked him for his assistance. Based on my conversation with Attorney Zeisler, I understood the dismissal papers would not be filed until the money and stock were released.

7. On November 27, 2007, I e-mailed copies of the dismissal papers I had signed to the Defendants so they would know I had signed them on November 16, 2007, and had mailed them.

The foregoing is true and correct to the best of my knowledge, information and belief.

Executed at San Juan Capistrano California, this 11th day of March, 2008.

_____
Leonard Brandt

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF  ORANGE      )

On this the 11th day of March, 2008, personally appeared before me the undersigned, Leonard Brandt, signer of the foregoing Declaration, who made solemn oath to the truth of this Declaration, that it was executed as his free act and deed, and that the above facts are true to the best of his knowledge.

In witness whereof, I hereunto set my hand.



Notary Public
My Commission Expires  26 Dec 2009.

3

TJR/33764/2/844706v1
03/11/08-HRT/