# EXHIBIT A

Case 3:01-cv-01889-SRU    Document 274-2    Filed 03/13/2008    Page 1 of 6

# NUZZO & ROBERTS, L.L.C.
LAW OFFICES

ANTHONY NUZZO, JR.
RICHARD A. ROBERTS
DAVID J. WEIL
JANE S. BIETZ
ROBERT J. CHOMIAK, JR.
NICOLE C. DABEKIS CHOMIAK
JANE M. CARLOZZI
MICHELE C. CAMEROTA
JENNIFER J. CAVALIER
AMBER J. BRANCIFORTE
NADINE M. PARE
ANGELINE N. IOANNOU
KEVIN C. HINES
JASON K. MATTHEWS
JAMES R. FIORE
EILEEN M. LAWLOR
TODD J. RICHARDSON
PATRICIA M. GIRARD
STACEY L. PITCHER
STEPHEN J. LEARY
KELLY B. GAERTNER
RYAN W. SCULLY
MICHAEL F. AUGER

November 7, 2007

91 7108 2133 3933 5317 5321

(certif).

Mr. Leonard J. Brandt
28911 via Hacienda
San Juan Capistrano, CA 92675

  Re: Brandt v. MIT Corp.; Estate of Salem

Dear Mr. Brandt:

In accordance with Judge Underhill's instructions that you immediately, voluntarily dismiss the appeal, I have prepared a Dismissal Agreement pursuant to Federal Rules of Appellate Procedure, Rule 42(b). I have enclosed an original and copy of the Agreement, along with a copy of my proposed letter to the Circuit Clerk. Please sign both the original and copy of the Agreement and return them to me in the envelope provided. I will forward the original to the Court with the original letter. I will send you fully signed copies at that time.

Thank you.

Very truly yours,

NUZZO & ROBERTS, L.L.C.


Richard A. Roberts

RAR/nr
Enclosures
cc: Honorable Stefan R. Underhill
  U.S. District Judge
  915 Lafayette Blvd.
  Bridgeport, CT 06604

  Wiggin & Dana, LLP
  Paul M. Brown, Esq.

ONE TOWN CENTER
P.O. BOX 747
CHESHIRE, CONNECTICUT 06410
TELEPHONE (203) 250-2000
FAX (203) 250-3131
www.nuzzo-roberts.com

# NUZZO & ROBERTS, L.L.C.
LAW OFFICES

ANTHONY NUZZO, JR.
RICHARD A. ROBERTS
DAVID J. WEIL
JANE S. BIETZ
ROBERT J. CHOMIAK, JR.
NICOLE C. DABEKIS CHOMIAK
JANE M. CARLOZZI
MICHELE C. CAMEROTA
JENNIFER J. CAVALIER
AMBER J. BRANCIFORTE
NADINE M. PARE
ANGELINE N. IOANNOU
KEVIN C. HINES
JASON K. MATTHEWS
JAMES R. FIORE
EILEEN M. LAWLOR
TODD J. RICHARDSON
PATRICIA M. GIRARD
STACEY L. PITCHER
STEPHEN J. LEARY
KELLY B. GAERTNER
RYAN W. SCULLY
MICHAEL F. AUGER

[DATE]

Clerk of the Second Circuit
    Court of Appeals
U.S. Courthouse at Foley Square
40 Centre Street
New York, NY 10007

    Re:    Docket No. 06-3482 CV
            Leonard J. Brandt v. MIT Dev. Corp.

Dear Clerk:

Enclosed is the parties' stipulation for dismissal. The parties request, pursuant to Rule 42(b), that this appeal be dismissed forthwith.

Thank you.

Very truly yours,

NUZZO & ROBERTS, L.L.C.


Richard A. Roberts

RAR/nr
Enclosure
\\fp\nuzzo\WP\419021\001\APPEAL 2nd Circuit\Let Circuit Clerk re dismissal.doc

ONE TOWN CENTER
P.O. BOX 747
CHESHIRE, CONNECTICUT 06410
TELEPHONE (203) 250-2000
FAX (203) 250-3131
www.nuzzo-roberts.com

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---------------------------------x
LEONARD BRANDT,                  :

    Plaintiff – Appellant,       : Civil Action No.:
                                    CV-06-3482
    VS.                           : 3:01-1889 (SRU)

HOME DIAGNOSTICS, INC., GEORGE H. :
HOLLEY, AND JUDY CHENG SALEM,
EXECUTRIX OF THE ESTATE OF ROBERT J. :
SALEM,
                                      :

    Defendant – Appellee
---------------------------------

## DISMISSAL AGREEMENT

The Plaintiff-Appellant, Leonard Brandt, and Richard A. Roberts, Esq. Counsel for the Defendant-Appellee, Judy Cheng Salem as Executrix of the Estate of Robert J. Salem, pursuant to Rule 42(b) of the Fed. Rules of Appellate Procedure, hereby stipulate that this appeal may and should be dismissed pursuant to certain orders issued by Honorable Stefan R. Underhill, United States District Judge, in a ruling of October 31, 2007, copy attached as Exhibit A. Judge Underhill's ruling sets forth all the terms of settlement and payment that are relevant to this appeal.

Accordingly, the parties request that the Circuit Clerk dismiss the instant appeal.

PLAINTIFF-APPELLANT,

_____
Leonard J. Brandt
28911 Via Hacienda
San Juan Capistrano, CA 92675
(949) 218-6888
(714) 545-2994 fax

DATED: _____

JUDY CHENG SALEM,
EXECUTRIX OF
THE SALEM ESTATE
NUZZO & ROBERTS, L.L.C.

By:_____
    Richard A. Roberts (CT 07665)
    One Town Center, P.O. Box 747
    Cheshire, Connecticut 06410
    Telephone: (203) 250-2000
    *Attorneys for the Defendant-Appellee*

DATED: _____

## CERTIFICATION

This is to certify that on [DATE] a true copy of the foregoing Dismissal Agreement was mailed via first class, postage prepaid, mail to:

Edward W. Dunham, Esq.
Jonathan Freiman, Esq.
Wiggin & Dana, LLP
One Century Tower
New Haven, CT 06508-1832

Paul M. Brown, Esq.
Aaron Zeisler, Esq.
Satterlee, Stephens, Burke & Burke
230 Park Avenue
New York, NY 10169

_____
Richard A. Roberts