# EXHIBIT C

# NUZZO & ROBERTS, L.L.C.
LAW OFFICES

ANTHONY NUZZO, JR.
RICHARD A. ROBERTS
DAVID J. WEIL
JANE S. BIETZ
ROBERT J. CHOMIAK, JR.
NICOLE C. DABEKIS CHOMIAK
JANE M. CARLOZZI
MICHELE C. CAMEROTA
JENNIFER J. CAVALIER
AMBER J. BRANCIFORTE
NADINE M. PARE
ANGELINE N. IOANNOU
KEVIN C. HINES
JASON K. MATTHEWS
JAMES R. FIORE
EILEEN M. LAWLOR
TODD J. RICHARDSON
PATRICIA M. GIRARD
STACEY L. PITCHER
STEPHEN J. LEARY
KELLY B. GAERTNER
RYAN W. SCULLY
MICHAEL F. AUGER

November 16, 2007

Mr. Leonard J. Brandt
28911 via Hacienda
San Juan Capistrano, CA 92675

Re: Brandt v. MIT Corp.; Estate of Salem

Dear Mr. Brandt:

This is in further reference to your correspondence stating you did not receive anything from our office by which to dismiss the appeal. Our November 7, 2007 letter went out to you by certified mail and we've now learned that you did not respond to a post office notice to pick it up. You will receive duplicate papers tomorrow morning via UPS with a return, overnight mail envelope that is prepaid. Once that is accomplished there will be no need for you to retrieve the certified mail from our office.

Very truly yours,

NUZZO & ROBERTS, L.L.C.

Richard A. Roberts
RAR/nr
cc:   Aaron Zeisler, Esq.
\\fp\nuzzo\WP\419021\001\APPEAL 2nd Circuit\Let Brandt 2007 11 16.doc

ONE TOWN CENTER
P.O. BOX 747
CHESHIRE, CONNECTICUT 06410
TELEPHONE (203) 250-2000
FAX (203) 250-3131
www.nuzzo-roberts.com