# EXHIBIT D



CTDCINHCT
01-CV-1889
UNDERHILL

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

------------------------------x

LEONARD BRANDT, :

    Plaintiff – Appellant, : Civil Action No.:
        CV-06-3482
    VS. : 3:01-1889 (SRU)

HOME DIAGNOSTICS, INC., GEORGE H. :
HOLLEY, AND JUDY CHENG SALEM,
EXECUTRIX OF THE ESTATE OF ROBERT J. :
SALEM,

    Defendant – Appellee

------------------------------



### DISMISSAL AGREEMENT

The Plaintiff-Appellant, Leonard Brandt, and Richard A. Roberts, Esq. Counsel for the Defendant-Appellee, Judy Cheng Salem as Executrix of the Estate of Robert J. Salem, pursuant to Rule 42(b) of the Fed. Rules of Appellate Procedure, hereby stipulate that this appeal may and should be dismissed pursuant to certain orders issued by Honorable Stefan R. Underhill, United States District Judge, in a ruling of October 31, 2007, copy attached as Exhibit A. Judge Underhill's ruling sets forth all the terms of settlement and payment that are relevant to this appeal.

Accordingly, the parties request that the Circuit Clerk dismiss the instant appeal.

CERTIFIED:
12.5.07

PLAINTIFF-APPELLANT,

*[signature]*

Leonard J. Brandt
28911 Via Hacienda
San Juan Capistrano, CA 92675
(949) 218-6888
(714) 545-2994 fax

DATED: *November 16, 2007*


JUDY CHENG SALEM, EXECUTRIX OF
THE SALEM ESTATE
NUZZO & ROBERTS, L.L.C.


By: *[signature]*
Richard A. Roberts (CT 07665)
One Town Center, P.O. Box 747
Cheshire, Connecticut 06410
Telephone: (203) 250-2000
*Attorneys for the Defendant-Appellee*

DATED: *11/27/07*


SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By *[signature]*
Stanley A. Bass, Staff Counsel

Dec. 4, 2007

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by *[signature] Tammy Martinez*
DEPUTY CLERK

2

662195_2662195_2