# EXHIBIT E

# fax

Subject:

Date: December 5, 2007

To: **Richard A. Roberts**           From: **Len Brandt**

Phone Number:                         Phone Number: 714-545-3225

Fax Number: (203) 250-3131            Fax Number: 714-545-2994

Comments:

**BRANDT'S**
*Carey, Ray, Elle, Karen & Len*
28911 Via Hacienda
San Juan Capistrano, CA 92675
(949) 218-6888

December 5, 2007

Aaron Zeisler                                    **By: Fax**
Paul Brown
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
New York, NY 10189

Richard A. Roberts
Nuzzo & Roberts, LLC
P.O. Box 747
One Town Center
Cheshire, Connecticut 06410

Re:   Leonard Brandt v. MIT Development Corp., et al.
      Docket No. 3:01 cv 1889 (SRU)

Dear Mr. Zeisler:

As I stated in my November 21, 2007 letter, if I did not receive the cash and my stock by November 27, 2007, I would then more fully address the misrepresentations and misstatements in your letter.

As my signed paperwork to dismiss the appeal has now been received, and I believe you now understand that the only reason I had not dismissed the appeal was the fact that I had not received the dismissal papers, it is clear that I was not in violation of the Court's ruling as you claimed. As the appeal should have been dismissed by now, the issue of the dismissal has been resolved.

In the first paragraph of your letter you state: "... Defendants arranged for an escrow agent and placed in escrow signed releases, shares of stock, a registration rights agreement and cash, with interest..." Why did you do that? The first time an "escrow" was mentioned, was during our last telephonic conference with the Court, and it was merely as suggestion made by the judge in response to Defendant's concern I would not provide a General Release. As I sent my General Release directly to your office, there was never any need for an escrow.

More importantly, how can you open an escrow without my consent and without any agreed to escrow instructions? I was neither asked nor consulted about establishing an

"escrow", and I was never sent any instructions. To this day, I do not know what was sent to the "escrow". I have not received any copies of the documents that were delivered to the escrow, nor copies of any transmittals or conditions of deposit and release. And, as you have not told me where and how my money is being held, I don't know if it is in an interest bearing account. If it is not in an interest bearing account, I am losing one hundred dollars a day in interest! Who is going to compensate me for all that lost interest?

You have my signed General Release, my signed Registration Rights Agreement and I have dismissed the Appeal. I do not understand how you sending my cash and my stock to some third party, without my agreement or permission, allows you to represent to the Court that the Defendants have complied with the Court's order to pay me "immediately"!

With regard to the calculation of interest due, prior to my September 15, 2007 letter, your office made no attempt to calculate, let alone agree on the amount of interest that was owed. It was my understanding that interest was to be paid up until the date that I received payment. Not knowing when you would be making payment, I had no way of accurately calculating the amount of interest due. In order to minimize any further delay or debate, I calculated the amount of interest to a fixed date, and told you in my letter what payment I would accept. As a result, my number was less than the number you calculated. While I would have accepted the $10,158.90 set forth in my letter as the total interest owed if it had been paid, it wasn't. As a result, the amount of interest owed has increased, and is increasing every day. The total amount of interest to now be paid will again depend on when I receive payment.

When discussing the calculation of the number of share of stock that should have been delivered to me by now, you wrote the judge, "Yet, no good deed by Defendants goes unpunished." What "good deed" could you possibly be referring to? When you do the math using the correct trading figures, which I did in my letter, I should have received 249,676 shares. Instead, I have received nothing. You under calculated the number of shares I was to receive, and then you didn't give them to me. How is that a "good deed?"

Stupidly, I agreed to dismiss my case based on the promise I would get $3,000,000 in cash and fair value of stock of unknown restrictions. It is now December, and I have not received a cent. The fact of the matter is the value of the 249,579 shares the Defendants calculated they now owe me, accepting Judge Underhill's ruling to value that stock at 94% of the current trading value, is $1,800,963. Setting aside the fact that I have yet to receive anything, nearly $600,000 of value of the settlement that I agreed to in March of this year has been taken from me. Delaying payment to me for all these months has benefited the Defendants, not me. Defendants now stand to save nearly $600,000. Where is the fairness or equity in that? Clearly, the "good deed" you are referring to, is from the Defendant's point of view, not mine.

My signed General Release relates to the lawsuit, and the claims in that lawsuit, which was dismissed last March. At the urgings of all counsel and the court, I dismissed my lawsuit, and all the claims in it, based on the promise that I would receive $3,000,000 of value. Clearly, that was a mistake as we are now nine months later, I have received nothing

despite what seemed to be fairly blatant instructions from the court and somehow it seems that should there ever be a transfer of cash and stock it won't be worth $3,000,000, the basis of the settlement that I understood was being exchanged for dismissal of the case. In hindsight, my dismissal of the case should have been contingent on receiving the $3,000,000 in value. Payment and the dismissal of my case should have been done concurrently, along with the exchange of general releases.

When I agreed to settle on March 8, 2007, my case was dismissed, and the Defendants got the immediate benefit. My signed General Release reflects the fact that when I finally get paid what I was promised, I release all of the claims I asserted, or could have asserted in the lawsuit that I have already dismissed: nothing more and nothing less.

In your letter, you argue that Defendants should get a general release of all claims up through November 2007. Why should the Defendants delay in paying me warrant them getting a broader release than if they had paid promptly in accordance with the Court's order?

I am not a lawyer. I do not know whether or not I have any claims against the Defendants that have arisen after I dismissed my lawsuit. You assert that Defendants have done nothing wrong, and that I have no possible claim. I have been advised by some people knowledgeable in these matters, that I may have some claims. Judge Underhill in our last conference call, in response to my concerns about subsequent claims, advised that I should "get a lawyer", as any new claims were not part of the matter tried before him. If, as you assert, I have no claims against the Defendants, then Defendants have no risk, and there is no reason why Defendants should not be satisfied with the General Release I signed. However, your insistence on Defendants receiving a release of all claims through the date of my signature on my General Release makes me believe I do have claims.

Clearly, Defendants are not paying me anything to settle or resolve any claims I have that arose after I dismissed my lawsuit. And, as I do not know what claims I have that arose after our settlement, I will not give Defendants a general release up through the date I signed my release in November. While I do not understand Judge Underhill's role, or legal authority over my lawsuit after it was dismissed, or over me now, I understand that he has no authority over me and claims I may have against the Defendants, that arose after my case before him was dismissed. The only agreement I made was to dismiss my lawsuit. I do not believe I can be forced to dismiss or release anything else. Indeed, it would be unreasonable to expect that either party would release the other for claims that arose after the dismissal. For example, if Mr. Holley or the Salem estate didn't have clear, rightful and unencumbered title to the stock being transferred, if the was an assertion of wrong doing by which he came to possess the stock or even stole the shares of HDI stock that he ultimately transfers to me, and the rightful owner makes a demand on me to get them back, I must be able to pursue Mr. Holley for indemnity. The release you are seeking, would not allow me to seek that relief.

You have again delayed payment to me creating further exposure to erosion of value. We now have to go back before Judge Underhill, because: 1) you have not yet paid me, and, 2)

you are demanding a general release that goes well beyond the date my case was dismissed, and to what you are entitled. To be fair and equitable, Judge Underhill will again have to determine the following: the amount of interest that must be paid, a new closing date for the calculation of share value, and the number of shares to be transferred. This time, I will suggest that the Court set a "closing" date in the future. This will allow agreement of the exact formula by which interest calculation and share to be transferred will be determined. I believe the court should acknowledge that no transfer of any cash or stock has occurred. I understand that you will make arguments about how this is my fault and for some reason I should be penalized. I will of course, argue that point of view is ridiculous and the fault is blatantly defendants who have also benefitted at my cost. I will ask Judge Underhill to set a date in the future, follow the original formula that he ruled to be applicable for determining transfer of $3,000,000 of value, have the parties agree exactly to the formula for calculation and have that value transferred on that date, for better or worse of what the stock price is on the date of actual transfer. In this way by the formula that he has chosen there will be a calculable value of $3,000,000 which, by the way, should also satisfy the defendant of their concerns that I might have further claims against the defendants for their actions after the case was dismissed.

You already have my General Release and my dismissal of the Salem Appeal so there is no reason, or excuse for the Defendants to delay payment any further. If Defendants refuse to pay me now, I will obviously have to bring some kind of legal action to enforce the terms of the March 8, 2007 settlement agreement we put on the record in court. While Defendants may ask Judge Underhill to order me to extend my General Release through the date of my signature, I do not believe Judge Underhill has the authority to force me to do that over my objections. I understand that I cannot be forced to release claims I have yet to assert, and that were not before The Court in the trial. The only way I would even consider giving Defendants a release of all claims through the date of my signature, would be if Defendants transferred to me the value agreed to, $3,000,000 in the manner the defendants proposed and Judge Underhill elected in what has been termed "baseball arbitration". In that order, value at transfer was to be $3,000,000 on the date of transfer. In this way, everything would be calculated and exchanged as of the same date, and we would all be taking and sharing in the future risk how that value might change based on stock price. But on the day of transfer all parties the original formula would be applied. Though that would be the fairest thing to do under the circumstances, I am sure your goals and interpretations are otherwise.

Sincerely,


Leonard Brandt



Cc: Honorable Judge Stephen Underhill