# PEPE&HAZARD LLP

GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-4302
860.522.5175 FACSIMILE: 860.522.2796

FILED
2008 MAR 26  P 3:47
U.S. DISTRICT COURT
BRIDGEPORT, CONN

THOMAS J. RECHEN
Attorney At Law
Direct: 860.241.2639
trechen@pepehazard.com

March 17, 2008

**VIA FEDERAL EXPRESS**

The Honorable Stefan R. Underhill
Judge's Chambers
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

    Re: *Leonard Brandt v. MIT Development Corp., et al.*
        Civil Action No. 3:01-CV-01889(SRU)

Dear Judge Underhill:

I am in receipt of Attorney Paul Brown's letter to Your Honor dated March 13, 2008.

The purpose of this letter is to advise the Court that, unless requested to do otherwise by the Court, it is not my intention to respond via letter to the substance of Attorney Brown's correspondence.

Thank you for Your Honor's kind attention to this matter.

Very truly yours,

Thomas J. Rechen

cc: Paul Brown, Esq. (via facsimile)
     Richard Roberts, Esq. (via facsimile)

TJR/33764/2/845231v1
03/17/08-HRT/

BOSTON      HARTFORD      FAIRFIELD COUNTY
www.pepehazard.com