UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------------x

LEONARD J. BRANDT,
        Plaintiff                                  NO.3:01CV1889 (SRU)

V.

HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY,
and JUDY CHENG SALEM, EXECUTRIX OF THE
ESTATE OF ROBERT J. SALEM
        Defendants                             APRIL 3, 2008

---------------------------------------------------------x

MEMORANDUM OF THE ESTATE OF ROBERT J. SALEM
IN OPPOSITION TO PLAINTIFF'S MOTION DATED MARCH 7, 2008 and
SUPPLEMENTAL MEMORANDUM OF LAW DATED MARCH 11, 2008

    The Estate of Robert J. Salem respectfully submits this memorandum of law in opposition to plaintiff Brandt's Motion to Stay Ruling of March 7, 2008 and Supplemental Memorandum of Law of March 11, 2008.

    The Estate of Robert J. Salem hereby incorporates the content of the Memorandum in Opposition of March 31, 2008 filed by Defendants, Home Diagnostics, Inc. and George H. Holley.

                                        THE ESTATE OF ROBERT J. SALEM


                                        BY          /s/
                                          Richard A. Roberts, Esq.
                                          Fed Bar no. ct 07665
                                          Nuzzo & Roberts, L.L.C.
                                          P.O. Box 747
                                          One Town Center
                                          Cheshire, CT 06410
                                          rroberts@nuzzo-roberts.com

- 2 -

## CERTIFICATION OF SERVICE

This is to certify that on April 3, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court(s) electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

          /s/
Richard A. Roberts, Esq.
Fed Bar no. ct 07665
Nuzzo & Roberts, L.L.C.
P.O. Box 747
One Town Center
Cheshire, CT 06410
rroberts@nuzzo-roberts.com

\\fp\nuzzo\wp\419021\001\memo in opposition 2008 4 2.doc