# EXHIBIT B



McCARTER
ENGLISH
ATTORNEYS AT LAW

May 27, 2008

VIA E-MAIL (ECAPLAN@COZEN.COM) AND
FACSIMILE (215-665-2013)

Evan B. Caplan, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

Thomas J. Rechen
Partner
T. 860.275.6706
F. 860.218.9680
trechen@mccarter.com

Re: <u>Leonard Brandt v. MIT Development Corp., et al.</u>, Civil Action No. 3:01CV1889 (SRU)

Dear Attorney Caplan:

I am counsel for the Plaintiff, Leonard Brandt ("Brandt"), in the above captioned action. I understand that you, as escrow agent, are presently holding certain cash, HDI stock, and a release executed by the Defendants in favor of Brandt, pending receipt of a mutual release from Brandt.

McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
T. 860.275.6700
F. 860.724.3397
www.mccarter.com

Enclosed please find the following :

1. A fully executed General Release signed by Leonard Brandt dated May 22, 2008 and releasing all claims Brandt has against the Defendants through October 31, 2007.

2. A fully executed General Release signed by Leonard Brandt dated May 22, 2008 and releasing all claims Brandt has against the Defendants through May 22, 2008.

3. A form of General Release (unsigned) from the Defendants to Brandt, which if executed would release all claims Defendants have against Brandt through May 22, 2008.

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

The General Release referred to in Paragraph 1 is mutual with the release presently held by you in escrow as required by the settlement terms reported by the parties on the record on March 8, 2007. Brandt believes that this release complies with the Court's Ruling and Order dated May 13, 2008, requiring Brandt to comply with the Rulings Regarding Disputed Settlement Terms dated October 31 and December 7, 2007, and is consistent with the representations made on the record by counsel for Home Diagnostics, Inc. and George Holley on December 6, 2007 concerning the form of an acceptable release.

The General Release referred to in Paragraph 2 shall be held in escrow and shall not be released from escrow until such time as the Defendants deliver to escrow a

ME1 7405457v.1

May 27, 2008
Page 2

fully executed mutual general release, in the form provided and referred to in paragraph 3 above, or further instructions from Leonard Brandt or his counsel.

Please do not hesitate to call me if you have any questions. Thank you for your kind attention to this matter.

Sincerely yours,

Thomas J. Rechen

TJR:imc

cc: Paul M. Brown, Esq. (Via E-mail [pbrown@ssbb.com])
    Aaron M. Zeisler, Esq. (Via E-mail [azeisler@ssbb.com])
    Richard A. Roberts, Esq. (Via E-mail [rroberts@nuzzo-roberts.com])

ME1 7405457v.1

## **GENERAL RELEASE**

**TO ALL WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, KNOW THAT,** Leonard J. Brandt ("Brandt"), for himself and for any of his heirs, spouses, dependents, executors, administrators, legal representatives, attorneys, employees, agents, fiduciaries, trustees, successors and/or assigns, as **Releasor**, in consideration of certain cash and HDI stock set forth in Judge Underhill's Ruling Regarding Disputed Settlement Terms, issued October 31, 2007, and other good and valuable consideration, receipt of which is hereby acknowledged, hereby releases, waives and discharges Home Diagnostics, Inc. ("HDI"), George Holley ("Holley"), and the Estate of Robert J. Salem (the "Estate"), as **Releasees**, and the **Releasees'** past, present and/or future heirs, spouses, dependents, executors (including, by way of example and not limitation, Judy Cheng Salem, Executrix of the Estate), administrators, legal representatives, attorneys, employees, agents, fiduciaries, trustees, directors, officers, shareholders, subsidiaries, parents, owners, affiliates (including, by way of example and not limitation, MIT Development Corp.), successors and/or assigns, from all actions, causes of action, claim, counterclaims, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, liens, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, judgments, extents, executions, liabilities, attorney's fees, costs, damages, profits, value, interest, equity, collections, revenue, assets and/or demands whatsoever, in law, admiralty or equity (hereinafter, "Claims"), which against the **Releasees**, whether individually or collectively, the **Releasor** ever had, now has or hereafter can, shall or may have, for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world through October 31, 2007, including, by way of example but not limitation: (i) any Claims arising from, related to or in any way connected with the action captioned *Leonard Brandt v. MIT Development Corp., et al.* (Civ. Action No. 3:01cv1889); (ii) any Claims arising from, related to or in any way connected with any consulting services or similar services provided to HDI, MIT Development Corp., ASC, Inc., Holley and/or the Estate; and/or (iii) any Claims arising from, related to or in any way connected with those raised in Brandt's letter dated September 14, 2007.

The words "**Releasor**" and "**Releasees**" include all releasors and all releasees under this **Release**. This **Release** may not be changed orally and is irrevocable. This **Release** may be

executed in counterparts, or by facsimile or other electronic means, each of which, when executed and delivered, are an original, and constitute a valid **Release**.

The **Releasor** represents that he executed this **Release** freely and voluntarily, and that he has had an opportunity to consult with an attorney to his satisfaction prior to signing this **Release**.

**IT WITNESS WHEREOF**, the RELEASOR has caused this RELEASE to be executed on May _____, 2008.

**LEONARD J. BRANDT**

_____
By:  Leonard J. Brandt

**Uniform Form of Acknowledgement
Within the State of California**

Sate of California         )
                           ) ss.:
County of _____          )

On this _____ day of December, in the year 2007, before me the undersigned, a Notary Public in and for said State, personally appeared Leonard J. Brandt, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within General Release and acknowledged to me that he executed the same, and that by his signature on the instrument, the individual executed the instrument.

_____
Notary Public

ME1 7400981v.1

## GENERAL RELEASE

**TO ALL WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, KNOW THAT**, Leonard J. Brandt ("Brandt") for himself and for any of his heirs, spouses, dependents, executors, administrators, legal representatives, attorneys, employees, agents, fiduciaries, trustees, successors and/or assigns, as **Releasor**, in consideration of certain cash and HDI stock set forth in Judge Underhill's Ruling Regarding Disputed Settlement Terms, issued on October 31, 2007 and December 7, 2007, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby releases, waives and discharges Home Diagnostics, Inc. ("HDI"), George Holley ("Holley"), and the Estate of Robert J. Salem (the "Estate"), as **Releasees**, and the **Releasees'** past, present and/or future heirs, spouses, dependents, executors (including, by way of example and not limitation, Judy Cheng Salem, Executrix of the Estate), administrators, legal representatives, attorneys, employees, agents, fiduciaries, trustees, directors, officers, shareholders, subsidiaries, parents, owners, affiliates (including, by way of example and not limitation, MIT Development Corp.), successors and/or assigns, from all actions, causes of action, claims, counterclaims, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, judgments, extents, executions, liabilities, attorney's fees, costs, damages, profits, value, interest, equity, collections, revenue, assets and/or demands whatsoever in law, admiralty or equity, known or unknown, developed or undeveloped, which against the **Releasees**, whether individually or collectively, the **Releasor** ever had, now has or hereafter can, shall or may have, for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this General Release, including, by way of example but not limitation: (i) any Claims arising from, related to or in any way connected with the action captioned *Leonard Brandt v. MIT Development Corp., et al.* (Civ. Action No. 3:01cv1889); (ii) any Claims arising from, related to or in any way connected with any consulting services or similar services provided to HDI, MIT Development Corp., ASC, Inc., Holley and/or the Estate; and/or (iii) any Claims arising from, related to or in any way connected with those raised in Brandt's letter dated September 14, 2007..

The words **"Releasor"** and **"Releasees"** include all releasors and all releasees under this **General Release**. This **General Release** may not be changed orally and is irrevocable. This

ME1 7399537v.1

**General Release** may be executed in counterparts, or by facsimile or other electronic means, each of which, when executed and delivered, are an original, and constitute a valid **General Release**.

The **Releasor** represents that he executes this **General Release** freely and voluntarily, and that he has had an opportunity to consult with an attorney to his satisfaction prior to signing this **General Release**.

Whenever the text hereof requires, the use of the singular number shall include the appropriate plural number.

IN WITNESS WHEREOF, Leonard J. Brandt has caused this General Release to be executed on May____, 2008.

_____

**LEONARD J. BRANDT**

**Uniform Form of Acknowledgement
Within the State of California**

State of California        )
                           )    ss.:
County of _____       )

On the ____ day of December, in the year 2008, before me the undersigned, a Notary Public in and for said State, personally appeared Leonard J. Brandt, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within General Release and acknowledged to me that he executed the same, and that by his signature on the instrument, the individual executed the instrument.

_____

Notary Public

## **GENERAL RELEASE**

TO ALL WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, KNOW THAT, Home Diagnostics, Inc. ("HDI"), George Holley ("Holley"), and the Estate of Robert J. Salem (the "Estate"), for themselves and for any of their heirs, spouses, dependents, executors, administrators, legal representatives, attorneys, employees, agents, fiduciaries, trustees, directors, officers, shareholders, subsidiaries, parents, owners, affiliates (including, by way of example and not limitation MIT Development Corp.), successors and/or assigns, as **Releasors**, for good and valuable consideration received from Leonard J. Brandt ("Brandt") as Releasee, the receipt and sufficiency of which is hereby acknowledged, hereby release, waive and discharge Brandt, as **Releasee**, and the **Releasee's** past, present and/or future heirs, spouses, dependents, executors administrators, legal representatives, attorneys, employees, agents, fiduciaries, trustees, successors and/or assigns, from all actions, causes of action, claims, counterclaims, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, judgments, extents, executions, liabilities, attorney's fees, costs, damages, profits, value, interest, equity, collections, revenue, assets and/or demands whatsoever in law, admiralty or equity, known or unknown, developed or undeveloped, which against the **Releasee** the **Releasors** ever had, now have or hereafter can, shall or may have, for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this General Release.

The words **"Releasors"** and **"Releasee"** include all releasors and all releasees under this **General Release**. This **General Release** may not be changed orally and is irrevocable. This **General Release** may be executed in counterparts, or by facsimile or other electronic means, each of which, when executed and delivered, are an original, and constitute a valid **General Release**.

The **Releasors** represent that they have executed this **General Release** freely and voluntarily, and that they have had an opportunity to consult with an attorney to their satisfaction prior to signing this **General Release**.

Whenever the text hereof requires, the use of the singular number shall include the appropriate plural number.

ME1 7400859v.1

IN WITNESS WHEREOF, HDI, Holley and the Estate have caused this General Release to be executed on May____, 2008.

HOME DIAGNOSTICS, INC.

By_____
Its

GEORGE HOLLEY

_____

ESTATE OF ROBERT J. SALEM

By _____
   Judy Cheng Salem
   Its Executrix

STATE OF _____ )

COUNTY OF _____ )

On this the _____ day of May, 2008, before me, _____, the undersigned officer, personally appeared _____, who acknowledged himself to be the _____ of HOME DIAGNOSTICS, INC., a corporation, and that he, as such _____, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the corporation by himself as _____.

In witness whereof, I hereunto set my hand.

_____
Notary Public
Commissioner of the Superior Court

ME1 7400859v.1

STATE OF _____ )

COUNTY OF _____ )

    On this ____ day of May, 2008, before me, the undersigned officer, personally appeared GEORGE HOLLEY, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same as his free act and deed for the purposes therein contained.

    In witness whereof, I hereunto set my hand.


                                                             _____
                                                             Notary Public
                                                             Commissioner of the Superior Court

STATE OF _____ )

COUNTY OF _____ )

    On this the _____ day of May, 2008, before me, the undersigned officer, personally appeared JUDY CHENG SALEM, who acknowledged herself to be the Executrix of the ESTATE OF ROBERT J. SALEM, and that in such capacity being authorized so to do, executed the foregoing instrument for the purposes therein contained.

    In witness whereof, I hereunto set my hand.


                                                             _____
                                                             Notary Public
                                                             Commissioner of the Superior Court