United States District Court for the District of Connecticut

FILED
2008 JUN 10 A 10: 54

File Number 3:01cv1889 (SRU)

LEONARD BRANDT )
      *Plaintiff,* )
)
v. )    Notice of Appeal
)
MIT DEVELOPMENT CORP., ET AL., )
)
      *Defendants.* )

Notice is hereby given that Leonard Brandt, plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Second Circuit from the Ruling and Order dated May 13, 2008 and entered on May 14, 2008 (Docket No. 285), denying his motion for relief (Docket No. 261) and motion to stay (Docket No. 270) and granting the defendants' motion to enforce the settlement agreement (Docket No. 249).

Dated: June 6, 2008

RESPECTFULLY SUBMITTED,
PLAINTIFF:
LEONARD BRANDT

By_____
Thomas J. Rechen
Federal Bar No.: Ct03385
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
Tel: (860) 275-6700
Fax: (860) 724-3397

ME1 7432179v.1

## CERTIFICATION

I hereby certify that on June 6, 2008, a copy of the foregoing was sent via regular mail to all parties and filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

COUNSEL FOR HOME DIAGNOSTICS, INC.
and GEORGE H. HOLLEY

Aaron M. Zeisler, Esq.
Paul M. Brown, Esq.
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
New York, NY 10169
Tel.: 212.404.8737
Fax.: 212.818.9606
Email: azeisler@ssbb.com
Email: pbrown@ssab.com (sent via e-mail)

Richard A. Roberts, Esq.
Nuzzo & Roberts
One Town Center
PO Box 747
Cheshire, CT 06410
Tel.: 203.250.2000
Fax.: 203.250.3131
Email.: rroberts@nuzzo-roberts.com

Thomas J. Rechen

ME1 7432179v.1