UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

– – – – – – – – – – – – – – – – – – – – – – – – – – — — — — x

| | |
|---|---|
| LEONARD BRANDT, | : |
| Plaintiff, | : Civil Action No.: 3:01-1889 (SRU) |
| - against - | : |
| HOME DIAGNOSTICS, INC., GEORGE H. HOLLEY, and JUDY CHENG SALEM, EXECUTRIX OF THE ESTATE OF ROBERT J. SALEM, | : |
| | : |
| Defendants. | : |

– – – – – – – – – – – – – – – – – – – – – – – – – – — — — x

**MOTION ON CONSENT FOR AN EXTENSION OF TIME**

Defendants Home Diagnostics, Inc. and George H. Holley, by their attorneys Satterlee Stephens Burke & Burke LLP, and Judy Cheng Salem, Executrix of the Estate of Robert J. Salem, by her attorneys Nuzzo & Roberts LLC (together, "Defendants"), respectfully submit this consented to motion for an extension of time to file a motion for sanctions.

On May 13, 2008, the Court filed an Order and Ruling in the above-captioned action inviting defendants to file a motion for sanctions on or before June 12, 2008. Since the Court issued its Order, plaintiff has filed a notice of appeal from the Court's Order, defendants have prepared their motion for sanctions, and the parties have had ongoing settlement discussions in which the appeal would be withdrawn and defendants would not make their sanctions motion.

As of today, the parties have exchanged several releases and a new settlement agreement (some of which are signed and being held in escrow) and the parties are very close to exchanging all documents and fully resolving their issues. However, in the event that a

737739_2

full settlement is not reached, defendants do not want to waive their right to file a motion for sanctions, nor does the plaintiff want to waive his right to further perfect his appeal. Accordingly, defendants respectfully request an extension of two-weeks, from June 27, 2008 through and including July 11, 2008, to file their motion for sanctions in the event that a full settlement can not be reached.

Defendants have discussed this motion with plaintiff's counsel and plaintiff consents to this motion.

This is the second such request for an enlargement of time with respect to the sanctions motion.

SATTERLEE STEPHENS BURKE & BURKE LLP

By: _____/s/ Aaron M. Zeisler_____
      Paul M. Brown (CT 23232)
      Aaron M. Zeisler (admitted *pro hac vice*)
      Justin Klein (admitted *pro hac vice*)
*Attorneys for Defendants*
230 Park Avenue
New York, New York 10169
(212) 818-9200
(203) 818-9606 fax

SO ORDERED

_____

737739_2