

*01-cv-01889*
*OTOC (New Haven)*
*Underhill, USDJ*

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| LEONARD BRANDT | : Civil Action No. 08-2871-cv |
| | : |
|     Plaintiff-Appellant, | : |
| | : |
| v. | : |
| | : |
| MIT DEVELOPMENT CORP., ROBERT J. | : |
| SALEM, JUDY CHENG SALEM, | : |
| EXECUTRIX OF THE ESTATE OF ROBERT | : |
| J. SALEM, | : |
|     Defendants, | : |
| | : |
| HOME DIAGNOSTICS, INC., GEORGE H. | : |
| HOLLEY, | : |
|     Defendants-Appellants | : |

*RECEIVED 2008 JUL -1 PM 2: 35 CLERK'S OFFICE U.S. COURT OF APPEALS COUNTER 1*

## STIPULATED NOTICE OF DISMISSAL

       Pursuant to the provisions of Fed. R. Civ. P. 42(b), the parties to the above-captioned

appeal stipulate that this appeal may and should be dismissed with prejudice and with each party

to bear its own costs.

       Dated: June 23, 2008

                      RESPECTFULLY SUBMITTED,

                      PLAINTIFF-APPELLANT
                      LEONARD BRANDT

                      By
                      Thomas J. Rechen
                      Federal Bar No. Ct03385
                      McCarter & English
                      185 Asylum Street
                      Hartford, CT 06103
                      Tel. (860) 275-6706
                      Fax. (860) 218-9680
                      trechen@mccarter.com

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by
                   DEPUTY CLERK

MEI 7475838v.1

ISSUED AS MANDATE:
*JUL 1 2008*

DEFENDANTS-APPELLANTS:
HOME DIAGNOSTICS, INC.
GEORGE H. HOLLEY

By _____

Paul M. Brown
Federal Bar No. Ct23232
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 404-8737
Fax: (212) 818-9606
pbrown@ssab.com

So Ordered _____

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Lisa J. Greenberg, Staff Counsel

UNITED STATES COURT OF APPEALS
FILED
JUL 11 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

ME1 7475838v.1

*01-cv-01889*
*OTOC (New Haven)*
*Underhill, USDJ*

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| LEONARD BRANDT | : Civil Action No. 08-2871-cv |
| | : |
| Plaintiff-Appellant, | : |
| | : |
| v. | : |
| | : |
| MIT DEVELOPMENT CORP., ROBERT J. | : |
| SALEM, JUDY CHENG SALEM, | : |
| EXECUTRIX OF THE ESTATE OF ROBERT | : |
| J. SALEM, | : |
| Defendants, | : |
| | : |
| HOME DIAGNOSTICS, INC., GEORGE H. | : |
| HOLLEY, | : |
| Defendants-Appellants | : |

RECEIVED 2008 JUL -1 PH 2: 35 CLERK'S OFFICE U.S. COURT OF APPEALS COUNTER 1

### STIPULATED NOTICE OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 42(b), the parties to the above-captioned

appeal stipulate that this appeal may and should be dismissed with prejudice and with each party

to bear its own costs.

Dated:  June 23, 2008

RESPECTFULLY SUBMITTED,

PLAINTIFF-APPELLANT
LEONARD BRANDT

By _____
Thomas J. Rechen
Federal Bar No. Ct03385
McCarter & English
185 Asylum Street
Hartford, CT 06103
Tel. (860) 275-6706
Fax. (860) 218-9680
trechen@mccarter.com

ME1 7475838v.1

DEFENDANTS-APPELLANTS:
HOME DIAGNOSTICS, INC.
GEORGE H. HOLLEY

By _____

      Paul M. Brown
      Federal Bar No. Ct23232
      Satterlee Stephens Burke & Burke, LLP
      230 Park Avenue
      New York, NY 10169
      Tel: (212) 404-8737
      Fax: (212) 818-9606
      pbrown@ssab.com



UNITED STATES COURT OF APPEALS
FILED
JUL 11 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

So Ordered

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Lisa J. Greenberg, Staff Counsel

THE MANDATE CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
(✓) ORDER
RECEIVED BY: _____ DATE _____

ME1 7475838v.1